Robert F. McCauley (SBN: 162056)
robert.mccauley@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, L.L.P.
3300 Hillview Avenue
Palo Alto, California 94304
Telephone:    (650) 849-6600
Facsimile:    (650) 849-6666

Christopher P. Foley (not yet admitted *pro hac vice*)
christopher.foley@finnegan.com
Kenneth H. Leichter (not yet admitted *pro hac vice*)
kenneth.leichter@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, L.L.P.
901 New York Avenue, NW
Washington, DC 20001-4413
Telephone: (202) 408-4000
Facsimile: (202) 408-4400

Attorneys for Defendant
CHINA & ASIA TRAVEL SERVICE, INC.,
D/B/A CHINA INTERNATIONAL TRAVEL
SERVICE (USA)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CHINA INTL TRAVEL SERVICES (USA), INC., <br><br> Plaintiff, <br><br> v. <br><br> CHINA & ASIA TRAVEL SERVICE, INC., D/B/A CHINA INTERNATIONAL TRAVEL SERVICE (USA), and DOES 1-10, inclusive, <br><br> Defendants. | CASE NO. C 08-01293 MEJ <br><br> **REQUEST FOR REASSIGNMENT** |

CHINA & ASIA TRAVEL SERVICE, INC., D/B/A CHINA INTERNATIONAL TRAVEL

SERVICE (USA) hereby declines to consent to the assignment of this case to a United States

Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a

United States District Judge.

Dated: March  26, 2008

FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, L.L.P.


By:_____/s/_____
         Robert F. McCauley

Attorneys for Defendant
China & Asia Travel Service, Inc., D/B/A China
International Travel Service (USA)