# United States District Court

## NORTHERN DISTRICT OF CALIFORNIA



CHINA INTL TRAVEL SERVICES (USA), INC.,

V.

CHINA & ASIA TRAVEL SERVICE, INC., D/B/A
CHINA INTERNATIONAL TRAVEL SERVICE
(USA), and DOES 1-10, inclusive,

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

C08 01293 MEJ

TO: (Name and address of defendant)

China & Asia Travel Service, Inc., dba China International Travel Service (USA)
16 North Marengo Avenue, Suite #201
Pasadena, CA 91101

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Danning Jiang, Esq.
Law Offices of Danning Jiang
271 North First Street
San Jose, CA 95113

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

Tiffany Salinas-Harwell

(BY) DEPUTY CLERK

MAR - 5 2008
DATE

AO 440 (Rev. 03/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on __03/11/2008__,
by:

    (1) personally delivering a copy of each to the individual at this place, _____; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
    who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
    __Feng Li, Agent for Service__, 16 N. Marengo Ave. #201, Pasadena, CA 91101

    (4) returning the summons unexecuted to the court clerk on _____.

My fees are $ __45.00__ for travel and $ _____ for services, for a total of $ __45.00__.

Date: March 24, 2008

Server's signature

**Luis Martinez** - Process Server
Printed name and title   Los Angeles Reg#1757

Lou Lin Mar Process Service
P.O. Box 41096
Los Angeles, CA 90041

Server's address