1   Robert F. McCauley (SBN: 162056)
    robert.mccauley@finnegan.com
2   Jin Zhang (SBN: 243880)
    jin.zhang@finnegan.com
3   FINNEGAN, HENDERSON, FARABOW,
      GARRETT & DUNNER, L.L.P.
4   3300 Hillview Avenue
    Palo Alto, California 94304
5   Telephone:    (650) 849-6600
    Facsimile:    (650) 849-6666
6
7   Christopher P. Foley (not yet admitted *pro hac vice*)
    christopher.foley@finnegan.com
8   Kenneth H. Leichter (not yet admitted *pro hac vice*)
    kenneth.leichter@finnegan.com
9   FINNEGAN, HENDERSON, FARABOW,
      GARRETT & DUNNER, L.L.P.
10  901 New York Avenue, NW
    Washington, DC 20001-4413
11  Telephone: (202) 408-4000
    Facsimile: (202) 408-4400
12
13  Attorneys for Defendant
    CHINA & ASIA TRAVEL SERVICE, INC.,
14  D/B/A CHINA INTERNATIONAL TRAVEL
    SERVICE (USA)
15

16              UNITED STATES DISTRICT COURT

17            NORTHERN DISTRICT OF CALIFORNIA

18                SAN FRANCISCO DIVISION

19

| | |
|---|---|
| CHINA INTL TRAVEL SERVICES (USA), INC., | CASE NO. 08-cv-01293 (MEJ) |
| Plaintiff, | **DECLARATION OF VIRGINIA MCNITT IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT ON ALL COUNTS OF PLAINTIFF'S COMPLAINT** |
| v. | |
| CHINA & ASIA TRAVEL SERVICE, INC., D/B/A CHINA INTERNATIONAL TRAVEL SERVICE (USA), and DOES 1-10, inclusive, | |
| Defendants. | |

26

27

28

I, VIRGINIA MCNITT, declare as follows:

1.      I am the Manager of Library Services with the law firm of Finnegan, Henderson, Farabow, Garrett & Dunner, LLP, counsel for Defendant China & Asia Travel Service, Inc., d/b/a China International Travel Service (USA)'s ("Defendant"). I make this Declaration in support of Defendant's Motion to Dismiss or, In the Alternative, for Summary Judgment. I have personal knowledge of the facts stated therein and if called as a witness, could and would competently testify thereto.

2.      On March 28, 2008, I accessed Defendant's Internet website, located at www.citsusa.com. A true and correct copy of the home page is attached as Exhibit A to this Declaration.

3.      On March 28, 2008, I accessed Plaintiff's Internet website, located at www.usacits.com. I navigated to the "About Us" page located on that website at http://www.usacits.com/china_EN/about.htm. A true and correct copy of that page is attached as Exhibit B to this Declaration.

4.      As part of my duties, I am called upon to research past versions of Internet websites and I am familiar with methods for doing so.

5.      On March 28, 2008, I used the Internet Archive's WayBack Machine to access archived versions of Defendant's website. First I accessed the website for The Internet Archive located at http://www.archive.org. A printout of that site's homepage is attached as Exhibit C. The Internet Archive was founded in 1996 to provide a permanent record of the origins and evolution of the Internet, in particular, to create a permanent collection of what websites looked like and how they evolved over time. In October 2001, the Internet Archive launched the WayBack Machine search engine feature to allow the public to search and view the content of the Internet Archive's collection of website pages.

DECLARATION OF VIRGINIA MCNITT

6.      I used the WayBack Machine to access an archived version of Defendant's website by typing "www.citsusa.com" into the search request box. The search on the WayBack Machine returned numerous hits for archived versions of Defendant's website organized by year and date. A true and correct copy of the page showing those search results is attached as Exhibit D to this Declaration. This shows that the website has been consistently updated.

7.      I then clicked on the links to view Defendant's website as it appeared on the dates identified below.

8.      I have not altered the pages in any way except to size them to fit on a single page.

9.      On March 28, 2008, I accessed Internet Archive's Internet website, located at www.archive.org, and accessed an archived home page and "Contact Us" page of www.citsusa.com as it appeared in on December 2, 1998. A true and correct copy of the home page and "Contact Us" page from December 2, 1998 are attached as Exhibit E to this Declaration.

10.     On March 28, 2008, I accessed Internet Archive's Internet website, located at www.archive.org, and accessed an archived home page and "Contact Us" page of www.citsusa.com as it appeared on October 12, 1999. A true and correct copy of the home page and "Contact Us" page from October 12, 1999 are attached as Exhibit F to this Declaration.

11.     On March 28, 2008, I accessed Internet Archive's Internet website, located at www.archive.org, and accessed an archived home page and "Contact Us" page of www.citsusa.com as it appeared in 2000. A true and correct copy of the home page and "Contact Us" page from December 19, 2000 are attached as Exhibit G to this Declaration.

12.     On March 28, 2008, I accessed Internet Archive's Internet website, located at www.archive.org, and accessed an archived home page and "Contact Us" page of www.citsusa.com as it appeared on December 1, 2001. A true and correct copy of the home page and "Contact Us"

DECLARATION OF VIRGINIA MCNITT

page from December 1, 2001 are attached as Exhibit H to this Declaration.

13.    On March 28, 2008, I accessed Internet Archive's Internet website, located at www.archive.org, and accessed an archived home page and "Contact Us" page of www.citsusa.com as it appeared on December 2, 2002.  A true and correct copy of the home page and "Contact Us" page from December 2, 2002 are attached as Exhibit I to this Declaration.

14.    On March 28, 2008, I accessed Internet Archive's Internet website, located at www.archive.org, and accessed an archived home page and "Contact Us" page of www.citsusa.com as it appeared on December 11, 2003.  A true and correct copy of the home page and "Contact Us" page from December 11, 2003 are attached as Exhibit J to this Declaration.

15.    On March 28, 2008, I accessed Internet Archive's Internet website, located at www.archive.org, and accessed an archived home page and "Contact Us" page of www.citsusa.com as it appeared June 7, 2004.  A true and correct copy of the home page and "Contact Us" page from June 7, 2004 are attached as Exhibit K to this Declaration.

16.    On March 28, 2008, I accessed Internet Archive's Internet website, located at www.archive.org, and accessed an archived home page of www.citsusa.com as it appeared on December 28, 2005.  A true and correct copy of the home page from December 28, 2005 is attached as Exhibit L to this Declaration.

17.    On March 28, 2008, I accessed Internet Archive's Internet website, located at www.archive.org, and accessed an archived home page of www.citsusa.com as it appeared on December 17, 2006.  A true and correct copy of the home page from December 17, 2006 is attached as Exhibit M to this Declaration.

18.    On March 28, 2008, I accessed Internet Archive's Internet website, located at www.archive.org, and accessed an archived home page of www.citsusa.com as it appeared on June

DECLARATION OF VIRGINIA MCNITT

15, 2007.  A true and correct copy of the home page from June 15, 2007 is attached as Exhibit N to this Declaration.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct pursuant to 28 U.S.C. § 1746.

Date: March 31, 2008

Virginia McNitt

DECLARATION OF VIRGINIA MCNITT

China Intl Travel Services (USA), Inc.
v.
China & Asia Travel Service, Inc, et al.
Case No. 08-cv-01293


DECLARATION OF VIRGINIA MCNITT IN SUPPORT OF DEFENDANT'S MOTION TO
DISMISS OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT ON ALL
COUNTS OF PLAINTIFF'S COMPLAINT


# EXHIBIT A

Site Map | Privacy Policy | Terms & Conditions

| Home | Tour Packages | China Visa | Tour Modules | Related Services | Contact Us |

search

Hotel Information / Sit-in-Coach

## Shortest way to China - CITS USA

**Health Info**
**CITS HQ**
**Yangtze River**
**Passport Renewal**
**US Embassy**
**Currency Exchange**
**Weathers**
**Our Cruisers**
**Testimonial**

Related Services
China Visa
Air Tickets
Hotel Bookings
Yangtze Cruises

CITS USA, Inc.
16 North Marengo
Avenue, #201
Pasadena, CA 91101
Tel: 626-568-8993
Fax: 626-568-9207
Email:
info@citsusa.com



Money Transfer to
China



No longer than three decades ago when, China first opened its doors to the outside world, it was full of mysteries, charms and unknown. Today's China, though retains its awesome beauty, is full of hopes and opportunities - opportunities of all kinds, ushering a gold rush in a new ear. As the only USA branch of CITS Head Office, the leading and most prestigious tour company in China, we are here to pave your way to this familiar yet strange land for pleasure or business, with all of the following services and more: travel guidance, tour arrangements, information advice and other travel-related services. You name it, we'll be sure to help you.

**Beijing 2008 Olympic Game Pre - Tour**
Explore the country while with focusing your visit to Beijing 2008 Olympic Games.

**Train Tour Tibet 2008**
Adventure tour to Tibet on rail which trespasses the highest land on earth and exciting journey from Shangri-la to Lhasa.

**Tour Packages**
The state-of-art itineraries are created by our professionals in conjunctions to available transportation schedules and hotel blocking. No matter what type of package you select. our job is to realize your needs and plans.

**China Visa**
To have your passport is your number one priority before traveling. Check to ensure if your passport is suitable for the China travel plan; check the time of obtaining a China visa. If you are not sure, call the number to the left or email us with your questions. Our voicemail and email are checked regularly 24/7 and all your questions will be answered.

**Air & Train Reservation**
We offer following air / train services within China and China / Hong Kong.
Transpacific Air reservation China - USA - China on:

- Air China (CA)
- China Southern Airline (CZ)
- China Eastern Air (MU)
- United Air (UA)
- Northwest Airlines (NW)

- Continental Airlines (CO)
- American Airline (AA)
- Japan Airline (JA)
- All Nippon Airway (NH)

-- China Domestic Air including To and From Hong Kong

-- International Train Tickets

Beijing - Moscow,
Russia

Beijing - Ulan Bator.
Mongolia

About Us | Site Map | Privacy Policy | Contact Us | © 2008 CITS USA. All rights reserved.

China Intl Travel Services (USA), Inc.
v.
China & Asia Travel Service, Inc, et al.
Case No. 08-cv-01293


DECLARATION OF VIRGINIA MCNITT IN SUPPORT OF DEFENDANT'S MOTION TO
DISMISS OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT ON ALL
COUNTS OF PLAINTIFF'S COMPLAINT


# EXHIBIT B



USACITS  Home | About Us | Tours Package | Terms & Condition | Reservation | Visa A

We the China International Travel Services(U.S.A.),Inc.are an oversea branch of a large Chinese travel enterprise and a professional organization which specializes in tourism and sightseeing, business tours and visits,training programs,conferences and exhibitions,investment and business, and culture exchanges in and between China and the U.S. We have a team of experienced and service-oriented professionals who can design,arrange and providevarious kinds of travel service to you. We also have a lot of affiliated branches and partners in different parts of China and the U.S..Providing our customers and clients with safe,comfortable and solid service and having received highly positive remarks for ourservice over the years.

Based on our long-time experience and on the feedback and request from our customers and clients,we have just developed the"Holiday and vacation travel in China"travel series,which include many carefully-designed travel routes in China.

Our goal is to"rovide our customers and clients with professional and solid service, and leave them a beautiful and unforgettablememory"!





Copyright©2003, China International Travel Services(U.S.A.),Inc.All rights reserv

China Intl Travel Services (USA), Inc.
v.
China & Asia Travel Service, Inc, et al.
Case No. 08-cv-01293


DECLARATION OF VIRGINIA MCNITT IN SUPPORT OF DEFENDANT'S MOTION TO
DISMISS OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT ON ALL
COUNTS OF PLAINTIFF'S COMPLAINT


# EXHIBIT C





Web | Moving Images | Texts | Audio | Software | Education | Patron Info | About IA

Forums | FAQs | Contributions | Jobs | Donate

Search: [_____] [All Media Types ▼] [GO]

Universal access to human knowledge

Upload  Anonymous User (*login* or *join us*)

**Announcements** (more)

Free Ultra High-Speed Internet to Public Housing

Search engine woes

Zotero and Internet Archive join forces

**Web**                    85 billion pages



WayBackMachine  http://

[Take Me Back]  Advanced Search

**Welcome to the Archive** [RSS]



The Internet Archive is building a digital library of Internet sites and other cultural artifacts in digital form. Like a paper library, we provide free access to researchers, historians, scholars, and the general public.

---

**Moving Images** ⊙
111,038 movies

Browse (by keyword)





**Yosemite Wonders**
Half Dome and El Capitan, Nevada and Bridal Veil Falls. These names conjure up so many different...

Windows Enhancements - Hardware
Average rating: ☆☆☆☆☆

12V Bicycle Sound System Workshop in the UK.
Average rating: ☆☆☆☆☆

**Live Music Archive** ⊙
47,802 concerts

Browse (by band)



Live Music Archive
**Erez Perelman Live at The Lor House on 2006-01-12**
Disk 1 1. Aran's Intro 2. small talk 3. Prelude 1 by Villa Lobos with Flamenco intro 4. Choro by...

U-Melt Live at River Street Jazz Cafe on 2008-02-23
Average rating: ☆☆☆☆☆

Jacob Fred Jazz Odyssey Live at Antone's on 2005-01-15
Average rating: ☆☆☆☆☆

**Audio** ⊙
240,778 recordings

Browse (by keyword)





**Elin - Undertones [NTT044]**
After her first effort for Entity in 2004 ([NTT009] Elin - Impressions), Elin Anna...

thanksgiving jam
Average rating: ☆☆☆☆☆

Ian D Hawgood - Spiral Into Somewhere
Average rating: ☆☆☆☆☆

**Texts** ⊙
325,542 texts

Browse (by keyword)





**English embroidered bookbindings**

With Washington at Monmouth. A story of three Philadelphia boys
Average rating: ☆☆☆☆☆

The treasure-finders : a boy's adventures in Nicaragua
Average rating: ☆☆☆☆☆

---

Most recent posts (write a post by going to a forum) more

China Intl Travel Services (USA), Inc.
v.
China & Asia Travel Service, Inc, et al.
Case No. 08-cv-01293


DECLARATION OF VIRGINIA MCNITT IN SUPPORT OF DEFENDANT'S MOTION TO
DISMISS OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT ON ALL
COUNTS OF PLAINTIFF'S COMPLAINT


# EXHIBIT D



**INTERNET ARCHIVE**
**WayBackMachine**

Enter Web Address: http://          All ▾          Take Me Back          Adv. Search  Compare Archive Pages

Searched for http://www.citsusa.com/                                                    **242** Results

\* denotes when site was updated.
Material typically becomes available here 6 months after collection. See FAQ.

### Search Results for Jan 01, 1996 - Sep 30, 2007

| 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 pages | 0 pages | 2 pages | 4 pages | 20 pages | 13 pages | 22 pages | 31 pages | 42 pages | 66 pages | 28 pages | 14 pages |

| 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 |
|---|---|---|---|---|---|---|---|---|---|
| Dec 02, 1998 | Apr 23, 1999 * | Mar 01, 2000 * | Feb 01, 2001 | Jan 19, 2002 | Jan 26, 2003 | Feb 05, 2004 | Jan 29, 2005 * | Feb 04, 2006 * | Jan 06, 2007 |
| Dec 12, 1998 | Apr 27, 1999 | Mar 04, 2000 | Feb 02, 2001 | Feb 02, 2002 | Feb 05, 2003 | Mar 25, 2004 * | Feb 03, 2005 | Feb 04, 2006 * | Jan 11, 2007 |
| | Sep 02, 1999 * | Apr 07, 2000 | Feb 02, 2001 | Mar 24, 2002 | Feb 05, 2003 | Apr 03, 2004 | Feb 05, 2005 * | Feb 28, 2006 * | Jan 15, 2007 |
| | Oct 12, 1999 | Apr 17, 2000 | Feb 03, 2001 | Mar 29, 2002 | Feb 13, 2003 | May 26, 2004 | Feb 13, 2005 * | Mar 02, 2006 | Jan 20, 2007 |
| | | May 02, 2000 | Feb 03, 2001 | Mar 31, 2002 | Feb 17, 2003 | Jun 04, 2004 | Feb 18, 2005 * | Apr 16, 2006 | Jan 25, 2007 |
| | | May 11, 2000 | Mar 02, 2001 | Apr 05, 2002 | Mar 24, 2003 * | Jun 05, 2004 | Mar 06, 2005 * | May 24, 2006 * | Feb 11, 2007 * |
| | | May 20, 2000 | Apr 01, 2001 | May 23, 2002 * | Mar 28, 2003 | Jun 07, 2004 | Mar 13, 2005 | May 26, 2006 | Feb 21, 2007 |
| | | Jun 21, 2000 | Apr 05, 2001 | May 26, 2002 | Apr 06, 2003 | Jun 09, 2004 * | Mar 16, 2005 | Jun 13, 2006 * | Feb 22, 2007 * |
| | | Aug 16, 2000 | Apr 05, 2001 | Jun 02, 2002 | Apr 08, 2003 | Jun 09, 2004 | Mar 18, 2005 | Jun 13, 2006 | Feb 28, 2007 |
| | | Aug 19, 2000 | May 16, 2001 | Jun 04, 2002 | Apr 08, 2003 | Jun 09, 2004 * | Mar 20, 2005 | Jun 16, 2006 | Mar 09, 2007 |
| | | Oct 18, 2000 | Aug 15, 2001 * | Jun 05, 2002 | Apr 21, 2003 | Jun 10, 2004 * | Mar 25, 2005 | Jun 20, 2006 | Apr 09, 2007 |
| | | Oct 18, 2000 | Sep 25, 2001 | Jun 05, 2002 | Apr 22, 2003 | Jun 11, 2004 * | Mar 26, 2005 | Jun 29, 2006 | Jun 15, 2007 * |
| | | Oct 18, 2000 | Dec 01, 2001 | Aug 06, 2002 * | May 25, 2003 | Jun 14, 2004 * | Apr 05, 2005 | Jul 13, 2006 | Jun 25, 2007 * |
| | | Oct 19, 2000 | | Sep 21, 2002 | Jun 03, 2003 | Jun 16, 2004 | Apr 10, 2005 | Jul 13, 2006 | Jun 29, 2007 |
| | | Oct 27, 2000 | | Sep 24, 2002 | Jun 10, 2003 | Jun 19, 2004 | Apr 16, 2005 | Jul 21, 2006 * | |
| | | Nov 01, 2000 | | Sep 26, 2002 | Jun 22, 2003 | Jun 26, 2004 | Apr 21, 2005 | Aug 10, 2006 * | |
| | | Dec 06, 2000 * | | Oct 18, 2002 | Jul 28, 2003 * | Jul 01, 2004 | Apr 22, 2005 | Aug 11, 2006 | |
| | | Dec 07, 2000 | | Nov 23, 2002 * | Aug 01, 2003 | Jul 10, 2004 | Apr 25, 2005 | Aug 14, 2006 | |
| | | Dec 09, 2000 | | Nov 26, 2002 | Aug 03, 2003 | Jul 14, 2004 | Apr 27, 2005 | Aug 31, 2006 | |
| | | Dec 19, 2000 | | Nov 28, 2002 | Aug 05, 2003 | Jul 15, 2004 | Apr 28, 2005 | Oct 04, 2006 * | |
| | | | | Nov 30, 2002 | Sep 22, 2003 | Jul 16, 2004 | May 12, 2005 | Nov 03, 2006 * | |
| | | | | Dec 02, 2002 | Oct 06, 2003 | Jul 17, 2004 | May 19, 2005 | Nov 12, 2006 | |
| | | | | | Oct 09, 2003 | Jul 19, 2004 | Jun 01, 2005 | Dec 05, 2006 | |
| | | | | | Oct 11, 2003 | Jul 21, 2004 | Jul 07, 2005 | Dec 07, 2006 | |
| | | | | | Oct 28, 2003 | Jul 23, 2004 | Jul 14, 2005 | Dec 12, 2006 | |
| | | | | | Nov 21, 2003 | Jul 24, 2004 | Jul 31, 2005 | Dec 17, 2006 | |
| | | | | | Nov 24, 2003 | Jul 26, 2004 | Aug 07, 2005 | Dec 27, 2006 | |
| | | | | | Dec 08, 2003 | Jul 30, 2004 | Aug 10, 2005 | | |
| | | | | | Dec 11, 2003 | Jul 30, 2004 | Aug 14, 2005 | | |
| | | | | | Dec 30, 2003 | Aug 14, 2004 | Aug 16, 2005 | | |
| | | | | | | Aug 26, 2004 | Aug 25, 2005 | | |
| | | | | | | Aug 29, 2004 | Aug 28, 2005 | | |
| | | | | | | Aug 30, 2004 | Aug 29, 2005 | | |
| | | | | | | Aug 31, 2004 | Sep 05, 2005 | | |
| | | | | | | Sep 03, 2004 | Sep 08, 2005 | | |
| | | | | | | Sep 23, 2004 | Sep 14, 2005 | | |
| | | | | | | Sep 25, 2004 | Sep 18, 2005 | | |
| | | | | | | Oct 16, 2004 | Sep 21, 2005 | | |
| | | | | | | Oct 20, 2004 | Sep 30, 2005 * | | |
| | | | | | | Nov 26, 2004 * | Oct 01, 2005 | | |
| | | | | | | Nov 29, 2004 * | Oct 13, 2005 | | |
| | | | | | | Dec 29, 2004 | Oct 28, 2005 | | |
| | | | | | | | Oct 29, 2005 | | |
| | | | | | | | Oct 31, 2005 | | |
| | | | | | | | Oct 31, 2005 | | |
| | | | | | | | Nov 02, 2005 | | |
| | | | | | | | Nov 25, 2005 | | |
| | | | | | | | Nov 27, 2005 | | |
| | | | | | | | Dec 04, 2005 | | |
| | | | | | | | Dec 05, 2005 | | |
| | | | | | | | Dec 08, 2005 | | |
| | | | | | | | Dec 10, 2005 | | |
| | | | | | | | Dec 11, 2005 | | |
| | | | | | | | Dec 14, 2005 | | |
| | | | | | | | Dec 14, 2005 | | |
| | | | | | | | Dec 15, 2005 | | |
| | | | | | | | Dec 18, 2005 | | |
| | | | | | | | Dec 22, 2005 | | |
| | | | | | | | Dec 24, 2005 | | |
| | | | | | | | Dec 28, 2005 | | |
| | | | | | | | Dec 28, 2005 | | |
| | | | | | | | Dec 31, 2005 * | | |

Home | Help

Internet Archive | Terms of Use | Privacy Policy

China Intl Travel Services (USA), Inc.
v.
China & Asia Travel Service, Inc, et al.
Case No. 08-cv-01293


DECLARATION OF VIRGINIA MCNITT IN SUPPORT OF DEFENDANT'S MOTION TO
DISMISS OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT ON ALL
COUNTS OF PLAINTIFF'S COMPLAINT


# EXHIBIT E



# Welcome to China

### with *CITS*



About CITS
Our Service
Tourist Information
Contact Us

[ China Package Tours ]
[ Design-Your-Tours ]
[ Seat-In-Coach Tours ]

China Visa                Hotel Reservation                China Tours

CITS (USA) Web Site is going to be a place where you can easily find travel-related information you need about China. You may also check out kinds of services which we can provide you. We hope this site will be helpful resources to you. Whenever you plan to go to China on business or for leisure, come to visit our site and see what we can do for you.

CITS stands for China International Travel Service. It has been in travel industry since 1954. *CITS Head Office* is the largest and most prestigious tour operator based in China. It has established a net work of branch offices across the country and overseas offices world wide. Please continue your trip to to find more...

**The Yangtze River Cruises**
Coursing a distance of almost 4,000 miles, the mighty Yangtze River is the third- longest river in the world and home to more than 300 million people. To feel the power and majesty of China's greatest river abroad a cruise ship is an unforgettable experience...

**HOT**  From: $999

**Winter Special Programs**
Specially designed and priced winter program. The most affordable China package...

*Welcome*    *About us*    *Our service*    *Contact us*

*Chinatravel* site is designed and owned by *CITS USA*. Please also visit *sponsors* of our web site.

*If you have any suggestions,  please e-mail us*

### Copyright☐ 1998  China International Travel Service (USA)
**Toll Free: 1-877-OK-CHINA (1-877-652-4462)**

# How to Contact with CITS USA



☺ **Contact Online**

Click here to contact us online. We will get in touch with you as soon as possible. If you only need us to book hotel, please submit the hotel reservation form.

 **Contact by Email**

Please send you email messages to: info@citsusa.com

 **By Telephone**

**FOR RESERVATION:**
Please Call  Toll Free: *1-877-OK-CHINA (1-877-652-4462)*
09:30am to 5:30 pm Eastern Time Monday through Friday

**QUESTIONS & INFORMATION:**
CITS New York Office at: 1-718-261-7329 (9:30am to 5:30pm Eastern Time, Mon through Fri)
CITS Los Angeles Office at: 1-626-568-8993 (9:00am to 5:00pm Pacific Time, Mon through Fri)

 **By Fax**

Fax your request to (24 hours daily):
CITS New York Office at:   1-718-261-7569
CITS Los Angeles Office at: 1-626-568-9207

 **Customers from countries other than the U.S.**

You may also click here to check if we also have offices in your country.  To serve you better, we may set up offices in your countries soon. Please come back to check often.

 **Reservation Procedure**

- Reservation
- Deposit
- Cancellation

*Welcome    About us    Our service    Contact us*

*Chinatravel site is designed and owned by CITS USA.

If you have any suggestions,  please e-mail us

**Copyright☐ 1998  China International Travel Service (USA)**
**Toll Free: 1-877-OK-CHINA (1-877-652-4462)**

China Intl Travel Services (USA), Inc.
v.
China & Asia Travel Service, Inc, et al.
Case No. 08-cv-01293


DECLARATION OF VIRGINIA MCNITT IN SUPPORT OF DEFENDANT'S MOTION TO
DISMISS OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT ON ALL
COUNTS OF PLAINTIFF'S COMPLAINT


# EXHIBIT F



# Welcome to China

### with *CITS*



About CITS
Our Service
Tourist Information
Contact Us

[ China Package Tours ]
[ Design-Your-Tours ]
[ Seat-In-Coach Tours ]

China Visa                 Hotel Reservation                 China Tours

CITS (USA) Web Site is going to be a place where you can easily find travel-related information you need about China. You may also check out kinds of services which we can provide you. We hope this site will be helpful resources to you. Whenever you plan to go to China on business or for leisure, come to visit our site and see what we can do for you.

CITS stands for China International Travel Service. It has been in travel industry since 1954. *CITS Head Office* is the largest and most prestigious tour operator based in China. It has established a net work of branch offices across the country and overseas offices world wide. Please continue your trip to to find *more...*

**The Yangtze River Cruises**
Coursing a distance of almost 4,000 miles, the mighty Yangtze River is the third- longest river in the world and home to more than 300 million people. To feel the power and majesty of China's greatest river abroad a cruise ship is an unforgettable experience...

**HOT**   From: $999

**Winter Special Programs**
Specially designed and priced winter program. The most affordable China package...

*Welcome*     *About us*     *Our service*     *Contact us*

***Chinatravel** site is designed and owned by *CITS USA*. Please also visit *sponsors* of our web site.*

 *If you have any suggestions, please e-mail us*

**Copyright□ 1999  China International Travel Service (USA)**
**1-626-568-8993**

# How to Contact with CITS USA



☺ **Contact Online**

Click here to contact us online. We will get in touch with you as soon as possible. If you only need us to book hotel, please submit the hotel reservation form.

📠 **Contact by Email**

Please send you email messages to: info@citsusa.com

☎ **By Telephone**

QUESTIONS, INFORMATION & RESERVATION:
1-626-568-8993 (9:00am to 5:00pm Pacific Time, Mon through Fri)

✆ **By Fax**

Fax your request to (24 hours daily):
1-626-568-9207

🌐 **Customers from countries other than the U.S.**

You may also click here to check if we also have offices in your country.  To serve you better, we may set up offices in your countries soon. Please come back to check often.

📑 **Reservation Procedure**

- Reservation
- Deposit
- Cancellation

*Welcome   About us   Our service   Contact us*

*Chinatravel site is designed and owned by CITS USA.*

📠 *If you have any suggestions,  please e-mail us*

**Copyright□ 1999  China International Travel Service (USA)**
1-626-568-8993

China Intl Travel Services (USA), Inc.
v.
China & Asia Travel Service, Inc, et al.
Case No. 08-cv-01293

DECLARATION OF VIRGINIA MCNITT IN SUPPORT OF DEFENDANT'S MOTION TO
DISMISS OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT ON ALL
COUNTS OF PLAINTIFF'S COMPLAINT

# EXHIBIT G



# Welcome to China

### with *CITS*



About CITS
Our Service
Tourist Information
Contact Us

[ China Package Tours ]
[ Design-Your-Tours ]
[ Seat-In-Coach Tours ]

China Visa          Hotel Reservation          China Tours

CITS (USA) Web Site is going to be a place where you can easily find travel-related information you need about China.  You may also check out kinds of services which we can provide you. We hope this site will be helpful resources to you. Whenever you plan to go to China on business or for leisure, come to visit our site and see what we can do for you.

CITS stands for China International Travel Service. It has been in travel industry since 1954. *CITS Head Office*  is the largest and most prestigious tour operator based in China. It has established a net work of branch offices across the country and overseas offices world wide. Please continue your trip to to find *more...*

**The Yangtze River Cruises**
Coursing a distance of almost 4,000 miles, the mighty Yangtze River is the third- longest river in the world and home to more than 300 million people. To feel the power and majesty of China's greatest river abroad a cruise ship is an unforgettable experience...

**HOT**   From: $999

**Winter Special Programs**
Specially designed and priced winter program. The most affordable China package...

*Welcome   About us   Our service   Contact us*

*****Chinatravel** site is designed and owned by *CITS-USA*. Please also visit *sponsors* of our web site.

 *If you have any suggestions,  please e-mail us*

**Copyright?1999  China International Travel Service (USA)**
**1-626-568-8993**

.

# How to Contact with CITS USA



## ☺ Contact Online

Click here to contact us online. We will get in touch with you as soon as possible. If you only need us to book hotel, please submit the hotel reservation form.

## 📧 Contact by Email

Please send you email messages to: info@citsusa.com

## ☎ By Telephone

**QUESTIONS, INFORMATION & RESERVATION:**
1-626-568-8993 (9:00am to 5:00pm Pacific Time, Mon through Fri)

## 📠 By Fax

Fax your request to (24 hours daily):
1-626-568-9207

## 🌐 Customers from countries other than the U.S.

You may also click here to check if we also have offices in your country. To serve you better, we may set up offices in your countries soon. Please come back to check often.

## 📑 Reservation Procedure

- Reservation
- Deposit
- Cancellation

*Welcome    About us    Our service    Contact us*

*Chinatravel site is designed and owned by CITS USA.



📧 *If you have any suggestions, please e-mail us*

**Copyright□ 1999  China International Travel Service (USA)**
**1-626-568-8993**

China Intl Travel Services (USA), Inc.
v.
China & Asia Travel Service, Inc, et al.
Case No. 08-cv-01293


DECLARATION OF VIRGINIA MCNITT IN SUPPORT OF DEFENDANT'S MOTION TO
DISMISS OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT ON ALL
COUNTS OF PLAINTIFF'S COMPLAINT


# EXHIBIT H



# Welcome to China

### with *CITS*



About CITS
Our Service
Tourist Information
Contact Us

[ China Package Tours ]
[ Design-Your-Tours ]
[ Seat-In-Coach Tours ]

China Visa                    Hotel Reservation                    China Tours

CITS (USA) Web Site is going to be a place where you can easily find travel-related information you need about China. You may also check out kinds of services which we can provide you. We hope this site will be helpful resources to you. Whenever you plan to go to China on business or for leisure, come to visit our site and see what we can do for you.

CITS stands for China International Travel Service. It has been in travel industry since 1954. *CITS Head Office* is the largest and most prestigious tour operator based in China. It has established a net work of branch offices across the country and overseas offices world wide. Please continue your trip to to find *more...*

**The Yangtze River Cruises**
Coursing a distance of almost 4,000 miles, the mighty Yangtze River is the third- longest river in the world and home to more than 300 million people. To feel the power and majesty of China's greatest river abroad a cruise ship is an unforgettable experience...

**HOT**    From: $1199

**Winter Special Programs**
Specially designed and priced winter program. The most affordable China package...

*Welcome*    *About us*    *Our service*    *Contact us*

 *If you have any suggestions,  please e-mail us*

**Copyright  2001  China International Travel Service (USA)**
**1-626-568-8993**

# How to Contact with CITS USA



☺ **Contact Online**

Click here to contact us online. We will get in touch with you as soon as possible.

---

📠 **Contact by Email**

Please send you email messages to: info@citsusa.com

---

📞 **By Telephone**

**QUESTIONS, INFORMATION & RESERVATION:**
1-626-568-8993 (9:00am to 5:00pm Pacific Time, Mon through Fri)

---

🖐 **By Fax**

Fax your request to (24 hours daily):
1-626-568-9207

---

🌐 **Customers from countries other than the U.S.**

You may also click here to check if we also have offices in your country.  To serve you better, we may set up offices in your countries soon. Please come back to check often.

---

📝 **Reservation Procedure**

- Reservation
- Deposit
- Cancellation



*Welcome    About us    Our service    Contact us*

*Chinatravel site is designed and owned by CITS USA.*

---

📹 *If you have any suggestions, please e-mail us*

**Copyright□ 1999  China International Travel Service (USA)**
**1-626-568-8993**

China Intl Travel Services (USA), Inc.
v.
China & Asia Travel Service, Inc, et al.
Case No. 08-cv-01293


DECLARATION OF VIRGINIA MCNITT IN SUPPORT OF DEFENDANT'S MOTION TO
DISMISS OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT ON ALL
COUNTS OF PLAINTIFF'S COMPLAINT


# EXHIBIT I

# Welcome to China

### with *CITS*



About CITS
Our Service
Tourist Information
Contact Us

[ China Package Tours ]
[ Design-Your-Tours ]
[ Seat-In-Coach Tours ]



China Visa              Tourist Information              China Tours

CITS (USA) Web Site is going to be a place where you can easily find travel-related information you need about China. You may also check out kinds of services which we can provide you. We hope this site will be helpful resources to you. Whenever you plan to go to China on business or for leisure, come to visit our site and see what we can do for you.

CITS stands for China International Travel Service. It has been in travel industry since 1954. *CITS Head Office* is the largest and most prestigious tour operator based in China. It has established a net work of branch offices across the country and overseas offices world wide. Please continue your trip to to find more...

### The Yangtze River Cruises

Coursing a distance of almost 4,000 miles, the mighty Yangtze River is the third- longest river in the world and home to more than 300 million people. To feel the power and majesty of China's greatest river abroad a cruise ship is an unforgettable experience...

**HOT** From: $1199

### Winter Special Programs

Specially designed and priced winter program. The most affordable China package...

*Welcome*   *About us*   *Our service*   *Contact us*

 *If you have any suggestions, please e-mail us*

**Copyright 2002 China International Travel Service (USA)**
**975 East Green Street, Suite 101, Pasadena, CA 91106**
**Tel: (626) 568-8993   Fax: (626) 568 9207**
**email: citslax@aol.com**

# How to Contact with CITS USA



☺ **Contact Online**

Click here to contact us online. We will get in touch with you as soon as possible.

---

📷 **Contact by Email**

Please send you email messages to: info@citsusa.com

---

📞 **By Telephone**

**QUESTIONS, INFORMATION & RESERVATION:**
1-626-568-8993 (9:00am to 5:00pm Pacific Time, Mon through Fri)

---

📠 **By Fax**

Fax your request to (24 hours daily):
1-626-568-9207

---

🌐 **Customers from countries other than the U.S.**

You may also click here to check if we also have offices in your country. To serve you better, we may set up offices in your countries soon. Please come back to check often.

---

📑 **Reservation Procedure**

- Reservation
- Deposit
- Cancellation

*Welcome    About us    Our service    Contact us*

*Chinatravel* site is designed and owned by *CITS USA*



📷 *If you have any suggestions, please e-mail us*

**Copyright 2002 China International Travel Service (USA)**
**1-626-568-8993**

China Intl Travel Services (USA), Inc.
v.
China & Asia Travel Service, Inc, et al.
Case No. 08-cv-01293


DECLARATION OF VIRGINIA MCNITT IN SUPPORT OF DEFENDANT'S MOTION TO
DISMISS OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT ON ALL
COUNTS OF PLAINTIFF'S COMPLAINT


# EXHIBIT J



# Welcome to China

### with *CITS*



About CITS
Our Service
Tourist Information
Contact Us

[ China Package Tours ]
[ Design-Your-Tours ]
[ Seat-In-Coach Tours ]

<u>China Visa</u>      <u>Tourist Information</u>      <u>China Tours</u>

CITS (USA) Web Site is going to be a place where you can easily find travel-related information you need about China. You may also check out kinds of services which we can provide you. We hope this site will be helpful resources to you. Whenever you plan to go to China on business or for leisure, come to visit our site and see what we can do for you.

CITS stands for China International Travel Service. It has been in travel industry since 1954. *CITS Head Office* is the largest and most prestigious tour operator based in China. It has established a net work of branch offices across the country and overseas offices world wide. Please continue your trip to to find <u>more</u>...

**The Yangtze River Cruises**
Coursing a distance of almost 4,000 miles, the mighty Yangtze River is the third- longest river in the world and home to more than 300 million people. To feel the power and majesty of China's greatest river abroad a cruise ship is an unforgettable experience...

**HOT** From: $185
**SPECIAL CHINA TOUR PROGRAMS**
With SARS finally behind us, we'd like to offer the follwing 5 special China tour programs with discount prices..

*Welcome*    *About us*    *Our service*    *Contact us*

 *If you have any suggestions, please <u>e-mail</u> us*

**Copyright 2003 China International Travel Service (USA)**
**975 East Green Street, Suite 101, Pasadena, CA 91106**
**Tel: (626) 568-8993 Fax: (626) 568 9207**
**email: citslax@aol.com**

# How to Contact with CITS USA



☺ **Contact Online**
Click here to contact us online. We will get in touch with you as soon as possible.

---

📧 **Contact by Email**
Please send you email messages to: info@citsusa.com

---

📞 **By Telephone**

**QUESTIONS, INFORMATION & RESERVATION:**
1-626-568-8993 (9:00am to 5:00pm Pacific Time, Mon through Fri)

---

✉ **By Fax**
Fax your request to (24 hours daily):
1-626-568-9207

---

🌐 **Customers from countries other than the U.S.**

You may also click here to check if we also have offices in your country.  To serve you better, we may set up offices in your countries soon. Please come back to check often.

---

📄 **Reservation Procedure**

- Reservation
- Deposit
- Cancellation

*Welcome    About us    Our service    Contact us*

*Chinatravel site is designed and owned by CITS USA.*

 *If you have any suggestions,  please e-mail us*

**Copyright  2003  China International Travel Service (USA)**
1-626-568-8993

China Intl Travel Services (USA), Inc.
v.
China & Asia Travel Service, Inc, et al.
Case No. 08-cv-01293


DECLARATION OF VIRGINIA MCNITT IN SUPPORT OF DEFENDANT'S MOTION TO
DISMISS OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT ON ALL
COUNTS OF PLAINTIFF'S COMPLAINT


# EXHIBIT K



# Welcome to China

### with *CITS*



About CITS
Our Service
Tourist Information
Contact Us

[ China Package Tours ]
[ Design-Your-Tours ]
[ Seat-In-Coach Tours ]

China Visa                    Tourist Information                    China Tours

CITS (USA) Web Site is going to be a place where you can easily find travel-related information you need about China. You may also check out kinds of services which we can provide you. We hope this site will be helpful resources to you. Whenever you plan to go to China on business or for leisure, come to visit our site and see what we can do for you.

CITS stands for China International Travel Service. It has been in travel industry since 1954. *CITS Head Office* is the largest and most prestigious tour operator based in China. It has established a net work of branch offices across the country and overseas offices world wide. Please continue your trip to to find *more*...

The Yangtze River Cruises
Coursing a distance of almost 4,000 miles, the mighty Yangtze River is the third- longest river in the world and home to more than 300 million people. To feel the power and majesty of China's greatest river abroad a cruise ship is an unforgettable experience...

**HOT** From: $185
**SPECIAL CHINA TOUR PROGRAMS**
With SARS finally behind us, we'd like to offer the follwing 5 special China tour programs with discount prices..

*Welcome    About us    Our service    Contact us*

 *If you have any suggestions, please e-mail us*

**Copyright 2003 China International Travel Service (USA)**
**975 East Green Street, Suite 101, Pasadena, CA 91106**
**Tel: (626) 568-8993    Fax: (626) 568 9207**
**email: citslax@aol.com**

# How to Contact with CITS USA



☺ **Contact Online**

Click here to contact us online. We will get in touch with you as soon as possible.

---

📷 **Contact by Email**

Please send you email messages to: info@citsusa.com

---

📞 **By Telephone**

**QUESTIONS, INFORMATION & RESERVATION:**
1-626-568-8993 (9:00am to 5:00pm Pacific Time, Mon through Fri)

---

✉ **By Fax**

Fax your request to (24 hours daily):
1-626-568-9207

---

🌐 **Customers from countries other than the U.S.**

You may also click here to check if we also have offices in your country.  To serve you better, we may set up offices in your countries soon. Please come back to check often.

---

📝 **Reservation Procedure**

- Reservation
- Deposit
- Cancellation

*Welcome    About us    Our service    Contact us*



\**Chinatravel* site is designed and owned by *CITS USA*.

📷 *If you have any suggestions,  please e-mail us*

**Copyright  2003  China International Travel Service (USA)**
**1-626-568-8993**

China Intl Travel Services (USA), Inc.
v.
China & Asia Travel Service, Inc, et al.
Case No. 08-cv-01293


DECLARATION OF VIRGINIA MCNITT IN SUPPORT OF DEFENDANT'S MOTION TO
DISMISS OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT ON ALL
COUNTS OF PLAINTIFF'S COMPLAINT


# EXHIBIT L



| HOME | PACKAGES | SERVICES | INCENTIVE | MODULES | MORE INFO | CONTACT US |

**China Visa**



Before you set your foot on the China trip, please make sure you apply China visa in advance. We are the officially appointed agency to handle China visa for travelers to China from all over the USA. Please see our China visa service details here. ---- >

For decades CITS (China International Travel Service) has sustained a high reputation in the international tourism market by continually offering quality service and developing new products. We will constantly add more information and services. Please come back to visit often. And do feel free to let us know if there is anything we can do for you.

**»Related links**

**»Sit-in-Coach Programs (2005 - 2006)**

| Search |

**»Related links**

General Info
Passport Renewal
Required Info
CITS Head Office
Currency rates
Weathers
Yangtze River



The most popular tour packages in 2005 and 2006. Featured with:

- 4 Star Hotels
- Daily American Breakfast
- Meals in sightseeing
- Guided sightseeing
- Domestic transportation

**Packaged Programs and others**

CITS USA is the only USA branch office of China International Travel Service (CITS) Group, the largest and most prestigious tour company in China. Our professional staff are committed to providing quality travel services to our customers and to making your China trip a life-long experience with beautiful memories.



**The Real Deal**
Fixed and pre-arranged tour plans, save your time and worries. What you need to do is to pick the most desired one from our rich category.
-Step Inside...



**Modules**
Much more independent and, at own leisure style, you can control your time (when), your desired to see (what and where), your budget (how much) for the travel plan.
-Get It Started

**Travel Services**

▶We provide the most extensive insider information! We are presently serving the North American areas.

▶We list our recommended city-specific programs proven to provide the quality service you require the first time. Tour attractions, hotels and transportation and more. - .

▶CITS USA provides air ticketing service to China, with discount airfare available on all major airlines, including CA, MU, CZ, UA, NW, JL, ANA, etc.
---->

**»Hint Packages**

▶Self-designed
▶Buster Priced
▶Bus Tours
▶Customized



**Incentive & Conference**
Entertain yourself and your subordinates with luxury treats while on your business trip
-Here's how

| x | Ad Banner |

**Contact Us:**

CITS (USA), Inc.
975 E. Green St., #101
Pasadena, CA 91106
Tel: 626-568-8993
Fax: 626-568-9207
Email: citslax@aol.com



**CITS's Yangtze River fleet of** M/V President 1, M/V President 2, M/V President 3, M/V President 4, M/V President 5, M/V President 6, M/V President 7, M/V President 8 are slightly different look though all deluxe. Their comforts and stability guarantee your memorable Yangtze River tours.
---->

More on Advertising..
CITSUSA.com is the premier web site for China travel and tours. Advertising is going fast and space is limited! Send us an Email for More Information Click Here

Home | Privacy | Q & A's | Terms & Conditions

2005 CITSUSA, Inc. All rights reserved.
Send e-mail to Webmaster your comments and questions about this web site.

China Intl Travel Services (USA), Inc.
v.
China & Asia Travel Service, Inc, et al.
Case No. 08-cv-01293


DECLARATION OF VIRGINIA MCNITT IN SUPPORT OF DEFENDANT'S MOTION TO
DISMISS OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT ON ALL
COUNTS OF PLAINTIFF'S COMPLAINT


# EXHIBIT M

| Home | Tour Packages | China Visa | Tour Modules | Related Services | Con | search |

Hotel Information / Sit-in-Coach / China Southwest Tours

## Shortest way to China - CITS USA

**Health Info**

**CITS HQ**

**Yangtze River**

**Passport Renewal**

**US Embassy**

**Currency Exchange**

**Weathers**

**Our Cruisers**

**Testimonial**

**Related Services**
China Visa
Air Tickets
Hotel Bookings
Yangtze Cruises

CITS USA, Inc.
975 E Green St., #101
Pasadena, CA 91106
Tel: 626-568-8993
Fax: 626-568-9207
Email:
info@citsusa.com





o longer than two decades ago when, China first opened its doors to the outside world, it was full of mysteries, charms and unknown. Today's China, though retains its awesome beauty, is full of hopes and opportunities - opportunities of all kinds, ushering a gold rush in a new ear. We are here to pave your way to this familiar yet strange land for pleasure or business, with all of the following services and more: travel guidance, tour arrangements, information advice and other travel-related services. You nameit, we'll be sure to help you.

### Tour Packages

The state-of-art itineraries are created by our professionals in conjuctions to available transportation schedules and hotel blocking. No matter what type of package you select, our job is to realize your needs and plans.

### China Visa

To have your passport is your number one priority before travelling. Check to ensure if your passport is suitable for the China travel plan; check the time of obtaining a China visa. If you are not sure, call the number to the left or email us with your questions. Our voicemail and email are checked regularly 24/7 and all your questions will be answered.

### Tour Modules

Meet the needs of time-conscious passengers or those with interests in particular ciites and itineraries. It is time and cost efficient. Suitable for business and short length trip.

About Us   Site Map   Privacy Policy   Contact Us

China Intl Travel Services (USA), Inc.
v.
China & Asia Travel Service, Inc, et al.
Case No. 08-cv-01293

DECLARATION OF VIRGINIA MCNITT IN SUPPORT OF DEFENDANT'S MOTION TO
DISMISS OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT ON ALL
COUNTS OF PLAINTIFF'S COMPLAINT

# EXHIBIT N

| Home | Tour Packages | China Visa | Tour Modules | Related Services | Contact Us | | search |

Hotel Information / Sit-in-Coach

## Shortest way to China - CITS USA



**Health Info**

**CITS HQ**

**Yangtze River**

**Passport Renewal**

**US Embassy**

**Currency Exchange**

**Weathers**

**Our Cruisers**

**Testimonial**

Related Services
China Visa
Air Tickets
Hotel Bookings
Yangtze Cruises

CITS USA, Inc.
16 North Marengo
Avenue, #201
Pasadena, CA 91101
Tel: 626-568-8993
Fax: 626-568-9207
Email:
info@citsusa.com



o longer than two decades ago when, China first opened its doors to the outside world, it was full of mysteries, charms and unknown. Today's China, though retains its awesome beauty, is full of hopes and opportunities - opportunities of all kinds, ushering a gold rush in a new ear. We are here to pave your way to this familiar yet strange land for pleasure or business, with all of the following services and more: travel guidance, tour arrangements, information advice and other travel-related services. You nameit, we'll be sure to help you.

**Tour Packages**

The state-of-art itineraries are created by our professionals in conjuctions to available transportation schedules and hotel blocking. No matter what type of package you select, our job is to realize your needs and plans.

**China Visa**

To have your passport is your number one priority before travelling. Check to ensure if your passport is suitable for the China travel plan; check the time of obtaining a China visa. If you are not sure, call the number to the left or email us with your questions. Our voicemail and email are checked regularly 24/7 and all your questions will be answered.

**Air & Train Reservation**

We offer following air / train services within China and China / Hong Kong.
Transpacific Air reservation China - USA - China on:

- Air China (CA)
- China Southern Air (CZ)
- China Eastern Air (MU)
- United Air (UA)
- Northwest Airlines (NW)

- Continental Airlines (CO)
- American Airline (AA)
- Japan Airline (JA)
- All Nippon Airway (NH)

-- China Domestic Air including To and From Hong Kong

-- International Train Tickets

Beijing - Moscow, Russia

Beijing - Ulan Baator, Mongolia

About Us | Site Map | Privacy Policy | Contact Us | © 2008 CITS USA. All rights reserved.