Robert F. McCauley (SBN: 162056)
robert.mccauley@finnegan.com
Jin Zhang (SBN: 243880)
jin.zhang@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, L.L.P.
3300 Hillview Avenue
Palo Alto, California 94304
Telephone:    (650) 849-6600
Facsimile:      (650) 849-6666

Christopher P. Foley (not yet admitted *pro hac vice*)
christopher.foley@finnegan.com
Kenneth H. Leichter (not yet admitted *pro hac vice*)
kenneth.leichter@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
    GARRETT & DUNNER, L.L.P.
901 New York Avenue, NW
Washington, DC 20001-4413
Telephone: (202) 408-4000
Facsimile: (202) 408-4400

Attorneys for Defendant
CHINA & ASIA TRAVEL SERVICE, INC.,
D/B/A CHINA INTERNATIONAL TRAVEL
SERVICE (USA)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CHINA INTL TRAVEL SERVICES (USA), INC.,<br><br>                    Plaintiff,<br><br>          v.<br><br>CHINA & ASIA TRAVEL SERVICE, INC., D/B/A CHINA INTERNATIONAL TRAVEL SERVICE (USA), and DOES 1-10, inclusive,<br><br>                    Defendants. | CASE NO. 08-cv-01293 (MEJ)<br><br>**DECLARATION OF FRANK LI IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT ON ALL COUNTS OF PLAINTIFF'S COMPLAINT** |

1

2       I, FRANK LI, declare as follows:

3       1.      I am a resident and citizen of the state of California;

4       2.      I am the President of Defendant China & Asia Travel Service, Inc., d/b/a China

5   International Travel Service (USA)'s ("Defendant").  I have been employed by Defendant for 16

6   years.  I make this Declaration in support of Defendant's Motion to Dismiss or, In the Alternative,

7   for Summary Judgment.  I have personal knowledge of the facts stated therein and if called as a

8   witness, could and would competently testify thereto.

9       3.      Defendant began doing business as "China International Travel Service Headquarters

10  (USA)" in 1992.  In 1997 this usage changed simply to "China International Travel Service (USA)".

11  Defendant has used the CITS USA name consistently since at least as early as 1997.  Attached

12  hereto as Exhibit A is a true and correct copy of Defendant's California fictitious name registration

13  for the name "China International Travel Service Headquarters (USA)", dated August 5, 1992.

14  Attached hereto as Exhibit B is a true and correct copy of Defendant's California fictitious name

15  registration for the name "China International Travel Service (USA)", dated July 18, 1997, renewed

16  on May 16, 2002 and March 23, 2007 respectively.

17      4.      Defendant has used the CITS GLOBE DESIGN on its letterhead continuously since

18  1992.  Attached hereto as Exhibit C is a true and correct copy of a letter dated March 20, 1992, from

19  Jianhua Zhang, Defendant's then-President, to the Airline Reporting Corporation.

20      5.      Attached hereto as Exhibit D is a true and correct copy of a cease-and-desist letter

21  sent by Defendant to Grand Pacific Tours Int'l Co. dated June 5, 1992 and a response from Grand

22  Pacific to Defendant dated June 15, 1992.

23      6.      Attached hereto as Exhibit E is a true and correct copy of a letter dated May 17, 1993,

24  from Jianhua Zhang, Defendant's then-President, to the Airline Reporting Corporation.

25

26

27

28

7.   Attached hereto as Exhibit F is a true and correct copy of an advertisement Defendant placed in the New York Times in 1993.

8.   Defendant has been a member of the Airline Reporting Corporation since 1993. Attached hereto as Exhibit G is a true and correct copy of a letter from ARC dated July 22, 1993, reflecting Defendant's membership in that organization.

9.   Defendant has been a member of the International Airlines Travel Agent Network since 1994. Attached hereto as Exhibit H is a true and correct copy of a letter from IATAN dated May 13, 1994, reflecting Defendant's membership in that organization.

10.   Defendant has been a member of the United States Tour Operators Association since 1999. Attached hereto as Exhibit I is a true and correct copy of a letter from USTOA dated January 18, 1999, reflecting Defendant's membership in that organization.

11.   Defendant has been a preferred visa services provider for The Consulate General of The People's Republic of China in Los Angeles since 1993. Attached hereto as Exhibit J is a true and correct copy a letter from The Consulate General of The People's Republic of China in Los Angeles dated May 1, 1993 reflecting that status.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct pursuant to 28 U.S.C. § 1746.

Dated: March 31, 2008

_____
Frank Li

China Intl Travel Services (USA), Inc.
v.
China & Asia Travel Service, Inc, et al.
Case No. 08-cv-01293


DECLARATION OF FRANK LI IN SUPPORT OF DEFENDANT'S MOTION TO
DISMISS OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT ON ALL
COUNTS OF PLAINTIFF'S COMPLAINT


# EXHIBIT A

SEE REVERSE FOR INSTRUCTIONS

PLEASE PRINT OR TYPE

**A.** MAIL FILED DOCUMENTS TO:

NAME    RICHARD K. QUAN, ESQ.

ADDRESS    1100 Wilshire Blvd., Ste. 2900

CITY    L.A.    STATE    CA    ZIP    90017

PHONE    213/481-2888

☒ First Filing    ☐ Renewal Filing

Current Registration No.

**B.** PUBLISH IN NEWSPAPER:

COUNTY CLERK'S FILING STAMP

# FILED
LOS ANGELES COUNTY CLERK

AUG 05 1992

CHARLES WEISSBURD, COUNTY CLERK

BY G. MORALES, DEPUTY

## FICTITIOUS BUSINESS NAME(S)

THE FOLLOWING PERSON(S) IS (ARE) DOING BUSINESS AS:

**1.** Fictitious Business Name(s)    CHINA INTERNATIONAL TRAVEL SERVICE HEADQUARTERS (U.S.)

**2.** Street Address, City & State of Principal Place of Business in California    Zip Code
975 East Green Street, Suite 101, Pasadena, CA 91106

**3.** Full name of Registrant    (If corporation - show state of incorporation)
CHINA & ASIA TRAVEL SERVICE, INC. - CALIFORNIA

Residence Address    City    State    Zip Code
975 East Green Street, Suite 101, Pasadena, CA 91106

Full name of Registrant    (If corporation - show state of incorporation)

Residence Address    City    State

Full name of Registrant    (If corporation - show state of incorporation)

Residence Address    City    State

**4.** This Business is conducted by: (check one only)
☐ an individual    ☐ a general partnership    ☐ joint venture    ☐ a business trust
☐ co-partners    ☐ husband and wife    ☒ a corporation    ☐ a limited partnership
☐ an unincorporated association other than a partnership    ☐ other-please specify

**5.** ☞ Do not leave blank
The registrant commenced to transact business under the fictitious name or names listed above on    8/15/92

**6A.** Signed

Signed

Type or Print Name(s)

**6B.** If Registrant is a corporation sign below:
Corporation Name    CHINA & ASIA TRAVEL SERVICE, INC.
Signature & Title    Zhang Jianhua, President
Type or Print Officer's Name & Title    JIANHUA ZHANG, President

**7.** This statement was filed with the County Clerk of    County on (date indicated by file stamp above.)

NOTICE – THIS FICTITIOUS BUSINESS NAME STATEMENT EXPIRES FIVE (5) YEARS FROM THE DATE IT WAS FILED IN THE OFFICE OF THE COUNTY CLERK, A NEW STATEMENT MUST BE FILED BEFORE THAT TIME. THE FILING OF THIS STATEMENT DOES NOT OF ITSELF AUTHORIZE THE USE IN THIS STATE OF A FICTITIOUS BUSINESS NAME IN VIOLATION OF THE RIGHTS OF ANOTHER UNDER FEDERAL, STATE, OR COMMON LAW (SEE SECTION 14400 ET SEQ., BUSINESS AND PROFESSIONS CODE).

I HEREBY CERTIFY THAT THIS COPY IS A CORRECT COPY OF THE ORIGINAL STATEMENT ON FILE IN MY OFFICE

CHARLES WEISSBURD

COUNTY CLERK

BY    DEPUTY

FILE NO.    92163373

## California Newspaper Service Bureau, Inc.
*A Daily Journal Company*

| San Diego | Oakland | Santa Ana | San Jose | Los Angeles | Santa Rosa | Sacramento | San Rafael | San Francisco |
|---|---|---|---|---|---|---|---|---|
| (619) 232-0406 | (415) 465-3121 | (714) 972-0672 | (408) 287-4866 | (213) 229-5500 | (707) 545-1184 | (916) 444-3950 | (415) 478-4311 | (415) 255-7767 |
| Fax 232-1169 | Fax 465-1578 | Fax 542-5841 | Fax 287-2544 | Fax 625-0532 | Fax 545-6310 | Fax 444-3911 | Fax 460-4316 | Fax 255-7767 |

For Bank and other required needs (Certified)

China Intl Travel Services (USA), Inc.
v.
China & Asia Travel Service, Inc, et al.
Case No. 08-cv-01293

DECLARATION OF FRANK LI IN SUPPORT OF DEFENDANT'S MOTION TO
DISMISS OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT ON ALL
COUNTS OF PLAINTIFF'S COMPLAINT

# EXHIBIT B

RECEIVED MAY 6 2002

**A**

PSM# 4/12/2002 CNM

**REGISTRAR-RECORDER/COUNTY CLERK'S FILING STAMP**

02 1131012

File #971087388 expires 7/18/02 or 40 days after business changes.

CHINA INTERNATIONAL TRAVEL SERVICE (USA)
C/o   China And Asia Travel Service Inc - Feng Li
975 E GREEN ST STE 101
PASADENA                    CA  91106-2415

**1**  [ ] First filing       [X] Renewal filing

## FICTITIOUS BUSINESS NAME STATEMENT
THE FOLLOWING PERSON(S) IS (ARE) DOING BUSINESS AS: (Attach additional pages if required)

Fictitious Business Name(s)

**2**  1. CHINA INTERNATIONAL TRAVEL SERVICE (USA)      3.
    2.

Articles of Incorporation or Organization Number (If applicable)
AI #/ON  1493464

**3**  Street Address & City of Principal Place of Business in California (P.O. Box alone not acceptable)
       975 E GREEN ST STE 101                    PASADENA        CA    91106-2415

**4**  Full name of Registrant
       CHINA AND ASIA TRAVEL SERVICE INC                (if corporation - incorporated in what state)    CA

       Residence Street Address
       975 E GREEN STREET SUITE 101                    PASADENA        CA    91106

**4A**  Full name of Registrant

       Residence Street Address

**4B**  Full name of Registrant

       Residence Street Address

**5**  This Business is
conducted (check one only)
( ) an individual       ( ) a general partnership       ( ) joint venture       ( ) a business trust
( ) co-partners       ( ) husband and wife       (X) a corporation       ( ) a limited partnership
( ) an unincorporated association other than a partnership       ( ) a limited liability company

**6**  (X) The registrant commenced to transact business under the fictitious business name or names listed on (Date):   7/18/97
    ( ) Registrant has not yet begun to transact business under the fictitious business name or names listed herein.

**7**  I declare that all information in this statement is true and correct.
    (A registrant who declares as true information which he or she knows to be false is guilty of a crime.)

**8**  Signature of Registrant(s)

SIGNATURE            TYPE OR PRINT NAME

SIGNATURE            TYPE OR PRINT NAME

SIGNATURE            TYPE OR PRINT NAME

**8A**  If Registrant IS a CORPORATION or LLC, sign below:
       CHINA AND ASIA TRAVEL SERVICE INC
       Corporation or LLC Name

X
       Signature        President        Title

       FENG LI
       Type or Print Name

This statement was filed with the County Clerk of LOS ANGELES county on date indicated by file stamp above.
NOTICE - THIS FICTITIOUS NAME STATEMENT EXPIRES FIVE YEARS FROM DATE IT WAS FILED IN THE OFFICE OF THE COUNTY CLERK. A NEW FICTITIOUS BUSINESS NAME STATEMENT MUST BE FILED PRIOR TO THAT DATE. The filing of this statement does not of itself authorize the use in this state of a fictitious business name in violation of the rights of another under federal, state or common law (See Section 14400 et seq., Business and Professions Code)

JMR 3/11/02   VE   © 2002 Jeyo Hyjle, Inc.

LEGAL DESK ™ - Fictitious Business Name Statements - AAD News
Adjudicated in LA County Superior Court #NOC 9991   joycomod@pacbell.net
3413 Soledad Cyn Rd - PO Box 57, Acton, California 93510-0057   (661) 269-1169
County Business Names on file  1 800 505 7171 (Average call 3 min but min $5 -extra min 50¢)

Filing/Publishing Fee: $10, for 1 FBN and 2 registrants
plus $2.00 for each additional FBN/registrant to
LA County Clerk & $47  Legal Desk - AAD News
* CHANGES SEE BACK *

THIS FORM SHOULD BE TYPED OR PRINTED "LEGIBLY" IN BLACK INK.



PAID MAR 19 2007
3/15-6474-69

2

**A** Current File Number.

REGISTRAR-RECORDER/COUNTY CLERK'S FILING STAMP

File #21131012 EXPIRES ON 5/16/07
FBN statements expire 40 days after business address changes or 5 years after file date.

Mailing Address:

03/23/07

|||||||||||||||||||||||||||||||||
**20070667485**

CHINA INTERNATIONAL TRAVEL SERVICE (USA)
C/o   China And Asia Travel Service Inc - Feng Li
975 E GREEN ST STE 101
PASADENA            CA  91106-2415

**1**   ☐ First filing        ☒ Renewal filing
        Check one only

**FICTITIOUS  BUSINESS  NAME  STATEMENT**
THE FOLLOWING PERSON(S) IS (ARE) DOING BUSINESS AS: (Attach additional pages if required)

Fictitious Business Name(s):                                              3:

**2**   1. CHINA INTERNATIONAL TRAVEL SERVICE (USA)
        2.

| | Articles of Incorporation/Organization Number (if applicable) A16/Org# 1493464 |

Street Address/City/Zip of Principal Place of Business in California (P.O. Box alone not acceptable)

**3**   975 E GREEN ST STE 101                      PASADENA            CA  91106-2415

Full name of Registrant (person or corporation/llc)   CHINA AND ASIA TRAVEL SERVICE INC   (if corporation/llc - incorporated in what state)   CA

**4**   Residence Street Address
        975 E GREEN STREET SUITE 101              PASADENA            CA  91106

**4A**  Full name of Registrant

        Residence Street Address

**4B**  Full name of Registrant

        Residence Street Address

**5**   This Business is   ( ) an individual          ( ) a general partnership      ( ) joint venture        ( ) a business trust
        conducted by:     ( ) co-partners            ( ) husband and wife           (X) a corporation        ( ) a limited partnership
        (check one only)  ( ) an unincorporated association other than a partnership  ( ) limited liability company  ( ) other

**6**   (X) The registrant commenced to transact business under the fictitious business name or names listed on (Date):  5 /16/02
        ( ) Registrant has not yet begun to transact business under the fictitious business name or names listed herein.

**7**   I declare that all information in this statement is true and correct. (A registrant who declares as true information which he or she knows to be false is guilty of a crime.)
**8** ☒  Signature of Registrant(s) in black ink.   If Corporation/LLC marked in #5, officer sign 8A only.   **8A** If Registrant IS a CORPORATION or LLC, officer sign as below in BLACK INK, & return email with filed Articles of Incorporation/Org copy.

                                                                          CHINA AND ASIA TRAVEL SERVICE INC
                                                                          Corporation or LLC Name
        _____    _____
        Signature              Type or print name            8A  _____  2-15-07
                                                                  Signature                      Title
        _____    _____              President
        Signature              Type or print name                 Type or Print Officer Name
                                                                  FENG LI
        _____    _____
        Signature              Type or print name

        This statement was filed with the County Clerk of **LOS ANGELES** county on date indicated by file stamp above.
NOTICE - THIS FICTITIOUS NAME STATEMENT EXPIRES FIVE YEARS FROM DATE IT WAS FILED IN THE OFFICE OF THE COUNTY CLERK. A NEW
FICTITIOUS BUSINESS NAME STATEMENT MUST BE FILED PRIOR TO THAT DATE. The filing of this statement does not of itself authorize the use in this state of
a fictitious business name in violation of the rights of another under federal, state or common law (See Section 14411 et seq., Business and Professions Code)

LEGAL DESK™
www.legaldesk.net - find LA business names in use - NO CHARGE
Adjudicated in LA County Superior Court #NOC 9391
3413 Soledad Cyn Rd - PO Box 57, Acton, California 93510-0057.
-661 269 1169 - joycemedia@aol.com - AAD NEWS - aadnews.com
Live help - Find LA County business names on file 1 900 505 7171 (Average call 3 min- first min 95 cents then $2.)

- PAY with two cks - Legal Desk $89 - LA County Clerk $15
- SIGN & MAIL - ANY CHANGES see back & sample form
  LA clerk fee is $18. - for 1 FBN & 2 registrants
  plus $4. for each additional FBN/registrant

THIS FORM SHOULD BE TYPED OR
PRINTED *LEGIBLY* IN BLACK INK.



MAILING ADDRESS:

| | | |
|---|---|---|
| | 3/15/2007 | ck# 6474 |

Name: **CHINA INTERNATIONAL TRAVEL SERVICE (USA)**
Adress: 975 E GREEN ST STE 107
City/state/zip: PASADENA             CA  91106-2415

1

☐ First Filing    ☒ Renewal Filing

(New file number below is good for five years from new filed date)

**NEWFILDA**
TE 3/23/2007

**NEWFILNUM**

2 0 0 7 0 6 6 7 4 8 8

Fictitious Business Name(s)

-1- **CHINA INTERNATIONAL TRAVEL SERVICE (USA)**

-2-                                                        -3-

(Street address of principal place of business in California)
**975 E GREEN ST STE 107**                    CD65
**PASADENA**              **CA  91106-2415**

0007

Dear Client:

Here is your personal copy of your Fictitious Business Name Statement (DBA-Doing Business Under An Assumed Name) <u>RENEWAL FILING.</u>

We have re-filed your Fictitious Business Name Statement with the LOS ANGELES REGISTRAR-RECORDER/COUNTY CLERK, as you requested us to do.

This filing is good for five years from the filing date- IF YOU DON'T CHANGE ANYTHING. After five years you must renew your Fictitious Business Name Statement if you plan to continue doing business using the same name within Los Angeles County. If you make any changes to ownership or address, during the next five years, you must refile and publish again within 45 days or your statement automatically expires.

At the beginning of 1993, the Los Angeles Registrar-Recorder/County Clerk began to file Fictitious Business Name Statements on microfilm. This means that within about 75 days the Clerk will return your original document to you after it has been recorded on microfilm. Put your original in a safe place. Your Fictitous Business Name Statement is now in the public record, on microfilm, at the Los Angeles Registrar-Recorder/County Clerk's office.

If you wish to abandon your business name you must file a Statement of Abandonment with the Los Angeles Registrar-Recorder County Clerk. We can do that for you too if you need it.

Thank you for choosing our newspaper to publish this legal information for you. We wish you five years of continued success in your business.

Please call us again if we can help you in the future.

LEGAL DESK - Acton Agua Dulce News

PS - Look up new or old business names to check refile status or before you file to avoid legal problems with business names already used - Call 1 900 505 7171.
    ---Live Operator. Computer search/lookup average call $7, ($6 first min.+$2 each extra in.)

THIS STATEMENT WAS FILED WITH THE COUNTY CLERK OF LOS ANGELES COUNTY ON DATE INDICATED BY FILE STAMP TOP RIGHT.

NOTICE-THIS FICTITIOUS NAME STATEMENT EXPIRES 5 YRS FROM THE DATE IT WAS FILED AS SHOWN ABOVE IN RE OF TOP RIGHT. A NEW FICTITIOUS BUSINESS NAME STATEMENT MUST BE FILED PRIOR TO THAT DATE. THE FILING OF THIS STATEMENT DOES NOT OF ITSELF AUTHORIZE THE USE IN THIS STATE OF A FICTITIOUS BUSINESS NAME IN VIOLATION OF THE RIGHTS OF ANOTHER UNDER FEDERAL, STATE, OR COMMON LAW (SEE SECTION 14400 ET SEQ. BUSINESS AND PROFESSIONS CODE).    4:43:31 PM, 3/29/200

Legal Desk - Fictitious Business Name Statements    • CALL 1 900 505 7171  LOOK UP BUSINESS NAMES BEFORE YOU FILE - AVOID LEGAL PROBLEMS WITH NAMES IN USE
• NAME SEARCH/Renewal Phone 1-900-505-7171    Lost your file number? Forgot your expire date? - ($6 first min. + extra min $2)
(Adjudicated in LA COUNTY Superior Court #NOC1080)    Live operator on waiting  • 7 names per call - COMPUTER SEARCH /LOOK UP
3413 Santiago Rd. • Bureau Desk #21 • G.Y.M.
ACTON/AGUA DULCE NEWS (661-269-1189)
PO Box 57 • ACTON, CA 93510-0057    Notice prepared on    3/28/2007    51402

2 1 3 1 0 1 2

China Intl Travel Services (USA), Inc.
v.
China & Asia Travel Service, Inc, et al.
Case No. 08-cv-01293


DECLARATION OF FRANK LI IN SUPPORT OF DEFENDANT'S MOTION TO
DISMISS OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT ON ALL
COUNTS OF PLAINTIFF'S COMPLAINT


# EXHIBIT C



# CHINA & ASIA TRAVEL SERVICE, INC.
## A Subsidiary of China International Travel Service Headquarters

March 20, 1992

ARC
New Applications Department
1709 New York Avenue, NW
washington D.C. 20006

Dear Sirs:

China & Asia Travel Service,Inc. is the subsidiary of China Inter-
national Travel Service Headquarters(CITS) which is the largest
state-owned tourist company founded in 1954 in China. My Company is
legally regestered in the state of California and has been doing
business for the last two years in the city of Pasadena, California.
We sell tour products to China, Japan, Thailand and other south-
eastern Asia countries. We also do visa handling for those tourists
to the abovementioned countries. We intend to join ARC as we would
like to expand our business by selling air tickets for various air-
lines. I would greatly appreciate your sending me the information
material on membership qualification and application form etc..
Please do not hesitate to contact me if you need more information
on my Company. The mailing address and phone, fax numbers are as
follows:

        China & Asia Travel Service, Inc.
        975 E. Green Street, Suite 101
        Pasadena, CA. 91106

        phone:  818-568-8993
        fax  ;  818-568-9207

I am looking forward to hearing from you.

Respectfully yours,

Jianhua Zhang

President, China & Asia Travel Service, Inc.

975 East Green Street, Suite 101, Pasadena, California 91106
Telephone: (818) 568-8993, (818) 568-8997, Fax (818) 568-9207

China Intl Travel Services (USA), Inc.
v.
China & Asia Travel Service, Inc, et al.
Case No. 08-cv-01293


DECLARATION OF FRANK LI IN SUPPORT OF DEFENDANT'S MOTION TO
DISMISS OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT ON ALL
COUNTS OF PLAINTIFF'S COMPLAINT


# EXHIBIT D

CITS USA                    626 568 9207              10/19/07  11:58am  P. 009

JUN 05 '92 16:49 QUAN.COHEN ET AL                                    P.2

QUAN, COHEN, KURAHASHI, HSIEH & SCHOLTZ
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
1100 WILSHIRE BOULEVARD, SUITE 2800
LOS ANGELES, CALIFORNIA 90017-1916
TELEPHONE (213) 481-2888

RICHARD K. QUAN
KENNETH P. SCHOLTZ
ARTHUR D. COHEN
EILEEN KURAHASHI
RICHARD W. HSIEH
RICHARD R. YANG
RONALD H. HIRANO
ELAINE J. FONG

FACSIMILE (213) 481-2800
OF COUNSEL
MARION C. FAY

June 5, 1992

IN REPLY REFER TO:

No. 9887

Grand Pacific Tours Int'l Co.
3030 Gainsborough Drive
Pasadena, California 91107

Re:    Unlawful Use of Name and Logo

Dear Sir or Madam:

This office represents China International Travel Service ("CITS"), a corporation organized and existing under the laws of the Peoples Republic of China and China National Tourism Administration, a California corporation.

It has recently been brought to our clients' attention that you are using the logo and name of CITS in connection with your business without the authorization of China International Travel Service. You have also unlawfully incorporated a significant part of the logo of China National Tourism Administration into your logo.

Our clients inform us that you have not been authorized to hold yourself out as having any affiliation whatsoever with either the China International Travel Service or the China National Tourism Administration.

On behalf of our clients we demand that you immediately cease and desist from:

1.    Representing that you are the CITS overseas office;

2.    Using the CITS logo in connection with your business, stationery or other materials;

3.    Incorporating and using the China International Tourism Administration logo in connection with your business, stationary or other materials;

CITS USA                    626 588 9207              10/19/07  11:38am  P. 004

JUN 05 '92 16:49 QUAN,COHEN ET AL                                    P.3

Grand Pacific Tours Int'l, Co.
June 5, 1992
Page 2

     4.    Holding yourself out to the public as being affiliated with either
the China International Travel Service or the China National
Tourism Administration.

Unless you immediately halt your unlawful practices, we have been instructed to initial
legal action to enjoin your unlawful conduct and seek damages against you as permitted under
the laws of the State of California and the United States.

You are advised to act accordingly.

                                      Very truly yours

                                      QUAN, COHEN, KURAHASHI, HSIEH
                                      &amp; SCHOLTZ
                                      A Professional Corporation

                                      RICHARD K. QUAN

RKQ/cn

cc:    China International Travel Service
       China National Tourism Administration

# Grand Pacific International Co.

Jun 15, 1992

QUAN, COHEN, KURAHASHI, HSIEH & SCHOLTZ
PROFESSIONAL CORPORATION
ATTORNEY AT LAW
1100 WILSHIRE BOULEVARD, SUITE 2900
LOS ANGELES, CALIFORNIA 90017-1916
MR. RICHARD K. QUAN

Dear Mr. Quan

Regarding your letter of Unlawful Use of Name and Logo, we ceased
to use the Name and Logo of C.I.T.S and C.N.T.A. starting from
Jun 15, 1992. The new stationary with the correction will be  sent
to you in two weeks as proof , if you have any questions, please do
not hesitate to contact me at (818) 585-1888 or Fax (818) 793-9546.

Sincerely yours

james shao

Sales director
JS/gz

China Intl Travel Services (USA), Inc.
v.
China & Asia Travel Service, Inc, et al.
Case No. 08-cv-01293


DECLARATION OF FRANK LI IN SUPPORT OF DEFENDANT'S MOTION TO
DISMISS OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT ON ALL
COUNTS OF PLAINTIFF'S COMPLAINT


# EXHIBIT E

CITS USA                         626 568 9207                        11/30/07  06:19pm  P. 017



# CHINA & ASIA TRAVEL SERVICE, INC.
A Subsidiary of China International Travel Service Headquarters

May 17, 1993

Agency Accreditation Service
Airlines Reporting Corporation
1709 New York Avenue, N.W.
Washington, D.C. 20006-5288

Dear Sir or Madam,

We are submitting all the documents to you for your approval as a
member of Airline Reporting Corporation. Enclosed please kindly
find the following attachments:

01. The original letter of ARC with control # 048692;
02. The original and one copy of this application;
03. The original and one copy of personal History Form for Mr Zhang
    and Ms Wei;
04. The current financial statement of China & Asia Travel Service
    Inc.;
05. Both copies of the Memorandum of Agreement to the Airlines
    Reporting Corporation Agent Reporting Agreement;
06. Four mailing labels;
07. A voided check;
08. A copy of the receipt for the rental of the safe deposit box in
    the Far East National Bank;
09. A copy of the certificate of incorporation;
10. A copy of the Federal Taxpayer (IRS) Identification Number
    confirmation;
11. The irrevocable letter of credit in the full legal name of
    China & Asia Travel Service, Inc.;
12. Interior and exterior photographs of office location;
13. The diskette copy of application;
14. The copy of business license of city of Pasadena;

If you find any document insufficient, please contact me at 818 568
8993. Looking forward to hearing from you.

Thank you for your assistance.

With best regards,

Jianhua Zhang
President of China & Asia Travel Service,Inc.

China Intl Travel Services (USA), Inc.
v.
China & Asia Travel Service, Inc, et al.
Case No. 08-cv-01293

DECLARATION OF FRANK LI IN SUPPORT OF DEFENDANT'S MOTION TO
DISMISS OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT ON ALL
COUNTS OF PLAINTIFF'S COMPLAINT

# EXHIBIT F

AN ADVERTISING SUPPLEMENT TO THE NEW YORK TIMES

OCTOBER 31, 1993

USTOA

# GLOBAL TRAVELER

A PACKAGE AND VACATION GUIDE





## A Modern Journey Across An Ancient Culture

# China



### China's national host to the world

CITS (China International Travel Service), the largest and the most reliable Chinese travel organization, has rapidly brought China travel into the 21st century... creating an infrastructure of five-star hotels, modern transport and efficient communications... everything to satisfy a traveler's need for comfort and thirst for adventure.

### Enter the forbidden city

China stands ready to be revealed. Come see it – the wonders –manmade and natural, the glory, the diversity. Beijing. Shanghai. Chengde. The Yangtze River. The Great Wall. The Terra-Cotta Warriors. The list is endless. The time to see them is now.

### A friendly people

Meet China's people. Sense the energy, the tenacious grasp of the practical, their soaring spirit. But the warmth and enormous

hospitality of its people will make the deepest impression.

### See it in luxury fit for emperors

The legendary splendor of Imperial China is testimony to the Chinese ability to create luxury. The Emperors are gone, but the traditions of incredible comfort in accommodation, exquisite cuisine and utterly meticulous service remain. Let us pamper you, as we carefully guide you through our world of wonders.

China International Travel Service, Head Office • 103 Fuxingmennei Avenue, Beijing 100800, China (PRC) • Tel: (01) 6012022 • Fax: (01) 6012021
China International Travel Service, U.S.A. • 975 East Green Street, Suite 101, Pasadena, Calif 91106 • Tel: 818 568 8993 • Fax: 818 568 9207

### Call a USTOA tour operator for an assured journey to China!

| | | | | | |
|---|---|---|---|---|---|
| Abercrombie & Kent 800 • 323-7308 | Brendan Tours 800 • 421-8446 | Der Tours, Inc. 800 • 782-2424 | Isram World 800 • 223-7460 | Jetset Tours, North America, Inc. WorldInk: 800 • 4 - JETSET | Special Expeditions, Inc. 800 • 762-0003 |
| African Travel Inc. 800 • 421-8907 | Certified Tours, Inc. 800 • 233-7260 | Globus & Cosmos Tourama 800 • 221-0090 | Japan & Orient Tours 800 • 377-1080 | Pacific Bestours, Inc. 800 • 688-3288 | TBI Tours 800 • 223-0266 |
| American Express 800 • 241-1700 | Collette Travel Services, Inc. 800 • 832-4656 | Holland American Line-Westours, Inc. 800 • 426-0327 | Jet Vacations, Inc. 800 • 538-0999 | Pacific Delight Tours, Inc. 800 • 221-7179 | Visitours, Inc. 800 • 367-4368 |

China Intl Travel Services (USA), Inc.
v.
China & Asia Travel Service, Inc, et al.
Case No. 08-cv-01293

DECLARATION OF FRANK LI IN SUPPORT OF DEFENDANT'S MOTION TO
DISMISS OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT ON ALL
COUNTS OF PLAINTIFF'S COMPLAINT

# EXHIBIT G



**Airlines Reporting Corporation**

July 22, 1993

CHINA & ASIA TRAVEL SERVICE INC
DBA CHINA INTL TVL SVC USA
SUITE 101
975 E GREEN ST
PASADENA CA 91106

ATTENTION:  OWNER OR MANAGER

RE:    APPROVAL OF NEW AGENT

Dear Travel Agent:

I am pleased to inform you that your agency has been included on the Airlines
Reporting Corporation (ARC) Agency List effective the above date.  Your ARC
agency code number is:

05-70997-0

Please refer to this complete number in all future correspondence to ARC.
Your agency should begin reporting to Area Bank/Processing Center 6 –
PXW-PHOENIX                        , with the sales report period ending
August 1, 1993.  The proceeds from sales in which ARC traffic documents are
issued, minus your commissions, are the property of the carriers and are held
in trust by you.  ARC's first draft will be presented to your bank on August
11, 1993.  Even though you may not yet have received ARC traffic documents by
the time your first sales report is due, you must submit a sales report
settlement authorization form and mark the "No Sales" block.

An initial supply of ARC traffic documents has been ordered, and you should
receive them within approximately the next two weeks.  Should you receive them
prior to the Monday of your first sales period, please do not use them until
that Monday.  Please allow adequate time for your shipment to be processed.
If a delay greater than two weeks from the date of this letter occurs, call
Rand McNally, NOT ARC, at (708) 673-8660 for assistance.

Please note, ALL ATB orders must be authorized by your servicing CRS before
they will be filled.  Please remember also that ARC traffic documents may only
be issued in the agency code number for which they are assigned.  Under no
circumstances may one branch's tickets be issued and identified by the home
office, another branch or an STP location's agency code number, or vice versa,
even if the supplies assigned to one are depleted.

ARC traffic documents are extremely valuable and are supplied to you in trust.
In the event of a change in ownership, possession and use of ARC traffic
documents and carrier identification plates by the new owner(s) prior to ARC
approval is prohibited.  Attachment B in Section 80 of the Handbook contains
the security rules for these documents and also for the airline identification
plates that the carriers supply to you.

Owners and qualifiers should familiarize themselves with the Industry Agents'
Handbook, particularly Section 80 (ARC Agent Reporting Agreement) which sets
forth the rights and obligations of an ARC approved agent.  Other very useful
information and instructions may be found in Section 3.6 (ticket reordering

**ARC** | 1530 Wilson Blvd., Suite 800
Arlington, VA 22209-2448
703-816-8000  Fax: 703-816-8104

forms and procedures), Section 3.8 (ticket imprinter ordering procedures), Section 12 (preparation of sales reports and area bank/processing center addresses), Section 20 (the ARC travel agent training program), Section 30 (bond/letter of credit forms and procedures), Section 60 (applications and procedures for any changes in status of an approved agent), and Section 70.2 (tips regarding security and storage ARC traffic documents).

Please note, some carriers maintain supplemental appointment standards and processing fees and the carriers that wish to appoint your agency location will provide you with carrier validation plates directly.

The provision of free or reduced-rate transportation by a carrier to any agent and its employees is governed by whatever terms, rules and/or regulations that the carrier establishes. Eligibility requirements are determined solely by the carriers, NOT BY ARC, and all questions regarding the requirements should be directed to the individual carriers. Please refer to Section 200 of the Handbook for additional information.

Likewise, the commission and any other compensation paid to agents by carriers depend on what each carrier and each agent agree upon privately and directly between themselves. ARC has no role in determining the amount or nature of such compensation and will not involve itself in that process or in any dispute about it.

Enclosed is your copy of the executed Memorandum of Agreement indicating the effective date of your agency's inclusion on the ARC Agency List. The text of the Agent Reporting Agreement is in Section 80 of the Handbook. This agreement may not be assigned or transferred by the agent without the approval of ARC. Also enclosed is a counter sign which must be displayed continuously in a conspicuous place at each travel agency location.

And last, we provide your agency name, address and agency code number not only to carrier participants, but to other organizations, some of which may use it for marketing purposes. If you prefer not to have your name released for such purposes, please advise ARC in writing promptly, and direct it to the attention of Data Services, (703) 816-8085.

If further assistance is needed, please refer to Section 1.2 of your Industry Agents' Handbook for the telephone number of the appropriate department.

Sincerely,

Barry M. Lemley, Director
Agency Accreditation Services

China Intl Travel Services (USA), Inc.
v.
China & Asia Travel Service, Inc, et al.
Case No. 08-cv-01293


DECLARATION OF FRANK LI IN SUPPORT OF DEFENDANT'S MOTION TO
DISMISS OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT ON ALL
COUNTS OF PLAINTIFF'S COMPLAINT


# EXHIBIT H

CITS USA                        626 568 9207              03/17/08  11:58am  P. 005



**International
Airlines
Travel
Agent
Network** ®

May 13, 1994

FENG LI
CHINA & ASIA TRAVEL SERVICE INC.
CHINA INTERNATIONAL TRAVELSERVICE HEADQUARTERS (U.S.A.)
975 EAST GREEN STREET
SUITE 101
PASADENA, CA 91106

IATA Code Number: 05-7 0997 0

TCIN Number:    LIIF57052101

Dear Travel Agent:

We acknowledge receipt of your application or renewal order for the IATAN Travel Agent ID
Card.

Due to the unprecedented demand for the card, your ID Card will reach you within 3 to 4 weeks
from the date of this letter. In the meantime, to facilitate your ability to use your industry
privileges, please present this letter in its original form, along with a current copy of your 1994
IATAN Agency Personnel Listing.

Your card is the key to your recognition in the industry. Show it with pride each time you
travel. Welcome to the program.

Sincerely,

Mike Maino
President

---

**This letter is valid only on original IATAN letterhead along with a copy of the 1994
IATAN Personnel List and until *June 24, 1994***

---

**Operations**
Suite 4060, 2000 Peel Street
Montreal, Quebec, Canada H3A 2W5
Tel. (514) 844 2877
CABLE IATA NETWORK MONTREAL
Fax (514) 844 2391

**Marketing/Field Services**
300 Garden City Plaza
Suite 342
Garden City, New York 11530-3302
Tel. (516) 747 4716
Fax (516) 747 4462

**Mailing Address**
P.O. Box 2988
Plattsburgh,
New York, 12901-0269

an IATA company
A3246-2/03/91



**International
Airlines
Travel
Agent
Network** ®

May 13, 1994

JIANHUA ZHANG
CHINA & ASIA TRAVEL SERVICE INC.
CHINA INTERNATIONAL TRAVELSERVICE HEADQUARTERS (U.S.A.)
975 EAST GREEN STREET
SUITE 101
PASADENA, CA 91106

IATA Code Number: **05-7 0997 0**

TCIN Number:      **ZHAJ50050501**

Dear Travel Agent:

We acknowledge receipt of your application or renewal order for the IATAN Travel Agent ID
Card.

Due to the unprecedented demand for the card, your ID Card will reach you within 3 to 4 weeks
from the date of this letter. In the meantime, to facilitate your ability to use your industry
privileges, please present this letter in its original form, along with a current copy of your 1994
IATAN Agency Personnel Listing.

Your card is the key to your recognition in the industry. Show it with pride each time you
travel. Welcome to the program.

Sincerely,

Mike Maino
President

---

**This letter is valid only on original IATAN letterhead along with a copy of the 1994
IATAN Personnel List and until *June 24, 1994***

---

**Operations**
Suite 4050, 2000 Peel Street
Montreal, Quebec, Canada H3A 2W5
Tel. (514) 844 2677
CABLE IATA NETWORK MONTREAL
Fax (514) 844 2391

**Marketing/Field Services**
300 Garden City Plaza
Suite 342
Garden City, New York 11530-3302
Tel. (516) 747 4716
Fax (516) 747 4462

**Mailing Address**
P.O. Box 2988
Plattsburgh,
New York, 12901-0269

an IATA company
A3248-2/03/91

China Intl Travel Services (USA), Inc.
v.
China & Asia Travel Service, Inc, et al.
Case No. 08-cv-01293

DECLARATION OF FRANK LI IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT ON ALL COUNTS OF PLAINTIFF'S COMPLAINT

# EXHIBIT I



Robert E. Whitley, CTC
*President*

January 18, 1999

Frank Li, President
*CHINA INTL. TRAVEL SVCE.*
975 E. Green St.
Suite 101
Pasadena, CA  91106

Dear Mr. Li:

We are pleased to acknowledge receipt and approval of the application of CHINA INTL. TRAVEL SVCE. for Associate Membership in *USTOA*.

A Certificate of Associate Membership is enclosed, together with a *USTOA* logo. Instructions for the use of the logo are located right at the top of the sheet.

It is indeed a pleasure to welcome CHINA INTL. TRAVEL SVCE. to *USTOA*.  We look forward to working with you to develop travel and preserve *"Integrity in Tourism."*

Sincerely,

Robert E. Whitley
President

REW:sp
Enclosure

UNITED STATES TOUR OPERATORS ASSOCIATION

A NON-PROFIT CORPORATION



THIS TO CERTIFY THAT

CHINA INTL. TRAVEL SVCE.

has been elected and enrolled as an

ASSOCIATE MEMBER

of

UNITED STATES TOUR OPERATORS ASSOCIATION

established to promote and encourage professional,
financial and ethical integrity in tourism

By Authority of the Board of Directors, entered the __18th__ day of __January__ , __1999__

_____
President

China Intl Travel Services (USA), Inc.
v.
China & Asia Travel Service, Inc, et al.
Case No. 08-cv-01293


DECLARATION OF FRANK LI IN SUPPORT OF DEFENDANT'S MOTION TO
DISMISS OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT ON ALL
COUNTS OF PLAINTIFF'S COMPLAINT



# EXHIBIT J

# 中華人民共和國駐美國洛杉磯總領事館

## Consulate General of The People's Republic of China

### 501 Shatto Place, Suite 300 Los Angeles, CA 90020

Sir/Madam,

Effective May 1, 1993, this Consulate General will not accept application of visa, passport, authentication and notarization by mail. If the applicants are not able to come in person, they may apply through local travel service or law offices in Los Angeles, or through the Subsidiaries of China International Travel Service (CITS) or China Travel Service (CTS). Their addresses and phone Nos. are:

   1) China & Asia Travel Service, Inc.
      975 East Green St., Suite 101,
      Pasadena, CA 91106
      Tel: (818) 568-8993
           (818) 568-8997  Fax: (818) 568-9207

   2) U.S. China Travel Service, Inc.
      119 S Atlantic Blvd., Suite 303,
      Monterey Park, CA 91754
      Tel: (818) 457-8668  Fax: (818) 457-8955

THANK YOU FOR YOUR COOPERATION. ANY FUTHER APPLICATION BY MAIL WILL NOT BE ACCEPTED & WILL BE RETURNED.

Visa Office

# 中華人民共和國駐美國洛杉磯總領事館

## Consulate General of The People's Republic of China

### 501 Shatto Place, Suite 300 Los Angeles, CA 90020

Sir/Madam,

Effective May 1, 1993, this Consulate General will not accept application of visa, passport, authentication and notarization by mail. If the applicants are not able to come in person, they may apply through local travel service or law offices in Los Angeles, or through the Subsidiaries of China International Travel Service (CITS) or China Travel Service (CTS). Their addresses and phone Nos. are:

   1) China & Asia Travel Service, Inc.
      975 East Green St., Suite 101,
      Pasadena, CA 91106
      Tel: (818) 568-8993
           (818) 568-8997  Fax: (818) 568-9207

   2) U.S. China Travel Service, Inc.
      119 S Atlantic Blvd., Suite 303,
      Monterey Park, CA 91754
      Tel: (818) 457-8668  Fax: (818) 457-8955

THANK YOU FOR YOUR COOPERATION. ANY FUTHER APPLICATION BY MAIL WILL NOT BE ACCEPTED & WILL BE RETURNED.

Visa Office