Danning Jiang, Esq. (SBN: 196985)
LAW OFFICES OF DANNING JIANG
271 North First Street
San Jose, California 95113
Tel.: (408) 299-0800
Fax: (408) 299-0300
E-mail: Djiang@jianglawgroup.com
Attorneys for Plaintiff and Counterclaim Defendant
China Intl Travel Services (USA), Inc.

Robert F. McCauley, Esq. (SBN: 162056)
robert.mccauley@finnegan.com
Jin Zhang, Esq. (SBN: 243880)
jin.zhang@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, L.L.P.
3300 Hillview Ave.
Palo Alto, CA 94304
Telephone: (650) 849-6600
Facsimile: (650) 849-6666

Attorneys for Defendant and Counterclaim Plaintiff
China & Asia Travel Service, Inc.,
d/b/a China International Travel Service (USA)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CHINA INTL TRAVEL SERVICES (USA), INC.,<br><br>Plaintiff,<br><br>v.<br><br>CHINA & ASIA TRAVEL SERVICE, INC., D/B/A CHINA INTERNATIONAL TRAVEL SERVICE (USA), and DOES 1-10, inclusive,<br><br>Defendants. | CASE NO. C 08-01293 MEJ<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING ON DEFENDANT'S MOTION TO DISMISS, OR IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT, AND SETTING DISCOVERY SCHEDULE** |

WHEREAS, plaintiff and counterclaim defendant, China Intl Travel Services (USA), Inc. ("Plaintiff"), filed its complaint on March 5, 2008;

1     WHEREAS, defendant and counterclaim plaintiff, China & Asia Travel Service, Inc.,
2 d/b/a China International Travel Service (USA) ("Defendant"), filed its Motion to Dismiss, or
3 In the Alternative, For Summary Judgment ("Motion") and its Answer, Defenses and
4 Counterclaims on March 31, 2008;

5     WHEREAS, the parties have not exchanged their initial discloses or conducted other
6 discovery;

7     WHEREAS, the parties agree to exchange discovery relevant to the Motion prior to the
8 hearing on the Motion;

9     THEREFORE, the parties hereby stipulate, by their undersigned counsel, subject to the
10 Court's approval, to continue the hearing date of the Motion and to conduct discovery and briefing
11 related to the Motion under the following schedule:

| ACTION | COMPLETION DATE |
|---|---|
| Written discovery requests (interrogatories, requests for admissions, document demands, etc.) due | April 25, 2008 |
| Deposition notices due | May 15, 2008 |
| Discovery responses (interrogatories, requests for admissions, document demands, etc.) due | May 27, 2008 |
| Last day for completion of depositions | June 23, 2008 |
| Plaintiff's Opposition due | July 10, 2008 |
| Defendant's Reply due | July 17, 2008 |
| Hearing for Motion | July 31, 2008, at 10:00 a.m. |

SO STIPULATED:

                              Respectfully submitted,

Dated: April 7, 2008     LAW OFFICES OF DANNING JIANG

                              By: _____
                              Danning Jiang
                              Attorneys for Plaintiff and Counterclaim Defendant
                              CHINA INTL TRAVEL SERVICES (USA), INC.

Dated: April 7, 2008

Respectfully submitted,

FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, L.L.P.

By: /s/ Robert F. McCauley
Robert F. McCauley
Attorneys for Defendant and Counterclaim Plaintiff
CHINA & ASIA TRAVEL SERVICE, INC. d/b/a
CHINA INTERNATIONAL TRAVEL SERVICE
(USA)

PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

Dated: _____

_____
The Honorable Maria-Elena James
United States Magistrate Judge