1  Danning Jiang, Esq. (CA BAR No. 196985)
   LAW OFFICES OF DANNING JIANG
2  271 North First Street
   San Jose, California 95113
3  Tel.: (408) 299-0800
4  Fax: (408) 299-0300
   E-mail: Djiang@jianglawgroup.com
5
   Attorneys for Plaintiff
6  China Intl Travel Services (USA), Inc.

7

8

9                    UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11                      SAN FRANCISCO, CALIFORNIA

12

13
   CHINA INTL TRAVEL SERVICES    )   CASE NO.  C 08-01293 JSW
14 (USA), INC.,                  )
                                 )
15         Plaintiff,            )   AMENDED NOTICE OF MOTION
                                 )   TO WITHDRAW AS COUNSEL
16 Vs.                           )
17                               )
   CHINA & ASIA TRAVEL SERVICE,  )   Date: July 11, 2008
18 INC., D/B/A CHINA INTERNATIONAL )  Time: 9:00 a.m.
   TRAVEL SERVICE (USA), and DOES 1-) Place: Courtroom 2, 17th Floor
19 10, inclusive,                )
                                 )
20         Defendants.           )
21 _____)

22

23 TO EACH PARTY AND TO THE COUNSEL OF RECORD FOR EACH PARTY:

24      PLEASE TAKE NOTICE that, the Court has recently reassigned this matter to Hon.

25 Jeffrey S. White.  The Motion to Withdraw as Counsel filed by Law Offices of Danning Jiang,

26 attorneys for Plaintiff China Intl Travel Services (USA), Inc., will be heard in **Courtroom 2,**

27 **17th Floor, of the same Court, on July 11, 2008, Friday, at 9:00 a.m.**

28

AMENDED NOTICE OF MOTION TO WITHDRAW AS COUNSEL                              Page 1

1 | Dated: May 27, 2008            **LAW OFFICES OF DANNING JIANG**

2

3

                                           By: /s/ Danning Jiang

4                                            DANNING JIANG, Esq.

                                           Attorneys for Plaintiff

5                                            China Intl Travel Services (USA), Inc.

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# PROOF OF SERVICE

*CITS v. CATS*
United State District Court - Northern District of California - Case No. C08-01293-JSW

I declare that I am over the age of eighteen (18) and not a party to this action. My business address is 271 North First Street, San Jose, CA 95113,

On May 27, 2008, I served the following document(s):

**AMENDED NOTICE OF MOTION TO WITHDRAW AS COUNSEL**

on the interested parties in this action by placing a true and correct copy of document(s) in a sealed envelope addressed as follows:

<u>Attorneys for Defendant:</u>
Robert F. McCauley, Esq.
Jin Zhang, Esq.
Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
3300 Hillview Avenue
Palo Alto, CA 94304

Christopher Foley, Esq.
Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
Two Freedom Square
11955 Freedom Drive, Suite 800
Reston, VA 20190-5675

<u>Plaintiff:</u>
Andy Jun Yu, General Manager
China Intl Travel Services (USA), Inc.
1273 Rosita Road
Pacifica, CA 94044

**(X)** **[U.S. MAIL]** I am readily familiar with the business practice for collection and processing of correspondence for mailing with the United States Postal Service. I know that the correspondence is deposited with the United States Postal Service on the same day this declaration was executed in the ordinary course of business. I know that the envelope was sealed and, with postage thereon fully prepaid, placed for collection and mailing on this date, following ordinary business practices in the United States mailed in San Jose, California.

**( )** **[OVERNIGHT DELIVERY]** Via Federal Express or similar overnight courier service, by depositing in a box or other facility regularly maintained by such overnight delivery service, or delivering such envelope to a courier or driver authorized by said overnight delivery service to receive documents, in an envelope designated by said overnight delivery service with delivery fees paid or provided for, addressed to the above-named persons on whom it is to be served.

**( )** **[PERSONAL SERVICE]** I caused to be delivered by hand the above-referenced document(s) to the above-named person(s).

1
2  **( )**    **[FACSIMILE]** Via facsimile machine, I caused the above-referenced document(s) to be transmitted to the person(s) and facsimile number(s) shown above.

3  **( )**    **[EMAIL]** Via internet, I caused the above-referenced document(s) to be transmitted to the person(s) and email address(es) shown above.
4
   Executed on May 27, 2008, in San Jose, California.
5
6  **( )**    **(STATE)** I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

7  **(X)**    **(FEDERAL)** I declare that I was retained by the office of a member of the bar of this court at whose direction the service was made.
8

9                                                     /s/ Phoebe Li
                                                       PHOEBE LI
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

AMENDED NOTICE OF MOTION TO WITHDRAW AS COUNSEL                              Page 4