United States District Court

For the Northern District of California

1

2

3

4

5

6                     IN THE UNITED STATES DISTRICT COURT

7

8                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

9    CHINA INTL TRAVEL SERVICES (USA),
     INC.,

10                                                    No. C 08-01293 JSW

                   Plaintiff,
11

        v.
12                                                    **ORDER SETTING BRIEFING
     CHINA & ASIA TRAVEL SERVICE, INC.,               SCHEDULE ON MOTION TO
13   ET AL.,                                          WITHDRAW AS COUNSEL**

14                 Defendant.
                                                    /
15

16        This matter is currently set for hearing on July 11, 2008, on Plaintiff counsel's motion to

17   withdraw as counsel.  The Court HEREBY ORDERS that any opposition briefs, including from

18   Plaintiff, shall be due on June 13, 2008, and reply briefs, if any, shall be due on June 20, 2008.

19   Plaintiff's counsel shall serve Plaintiff's corporate representative with a copy of this Order by

20   no later than May 29, 2008.  Plaintiff is advised that, as a corporation, it cannot proceed without

21   counsel.

22        If the parties wish to modify this schedule, they may submit for the Court's

23   consideration a stipulation and proposed order demonstrating good cause for any modification

24   requested.

25        **IT IS SO ORDERED.**

26   Dated:  May 28, 2008

                                                    _____
27                                                  JEFFREY S. WHITE
                                                    UNITED STATES DISTRICT JUDGE
28