1  Danning Jiang, Esq. (CA BAR No. 196985)
   LAW OFFICES OF DANNING JIANG
2  271 North First Street
   San Jose, California 95113
3  Tel.: (408) 299-0800
   Fax: (408) 299-0300
4  E-mail: Djiang@jianglawgroup.com
5
   Attorneys for Plaintiff
6  China Intl Travel Services (USA), Inc.
7
8
9              UNITED STATES DISTRICT COURT
10             NORTHERN DISTRICT OF CALIFORNIA
11             SAN FRANCISCO, CALIFORNIA
12
13
   CHINA INTL TRAVEL SERVICES   )   CASE NO. C 08-01293 JSW
14 (USA), INC.,                 )
                                )
15         Plaintiff,           )   PLAINTIFF'S APPLICATION FOR
                                )   SUBSTITUTION OF COUNSEL
16 Vs.                          )   AND [PROPOSED] ORDER
                                )
17                              )
   CHINA & ASIA TRAVEL SERVICE, )
18 INC., D/B/A CHINA INTERNATIONAL )
   TRAVEL SERVICE (USA), and DOES 1-)
19 10, inclusive,               )
                                )
20         Defendants.          )
21 _____)
22
23 TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:
24         PLEASE TAKE NOTICE that plaintiff CHINA INTL TRAVEL SERVICES (USA),
25 INC. ("Plaintiff") hereby substitutes its counsel of record in the above-entitled action in the
26 place of Law Office of Danning Jiang as followings:
27 //
28 //

PLAINTIFF'S APPLICATION FOR SUBSTITUTION OF COUNSEL AND ORDER                    Page 1

1
2
3

Former Counsel:    Law Offices of Danning Jiang
271 North First Street
San Jose, CA 95113
Tel.: 408-299-0800

4
5
6
7

New Counsel:    Andy Yu, General Manager
China International Travel Services (USA), Inc.
P.O. Box 16631
San Francisco, CA 94116
Tel.: 650-359-1108

All communications to Plaintiff should be directed to the new counsel's address.

8
9
10
11
12
13
14
15

Dated: 06/12, 2008        CHINA INTERNATIONAL TRAVEL SERVICES
(USA), INC.

_____
By: Andy Yu, General Manager

16
17

AGREED AND ACCEPTED TO.

18
19
20
21
22

Dated: June 12, 2008        CHINA INTERNATIONAL TRAVEL SERVICES
(USA), INC.

_____
By: Andy Yu, General Manager

23
24
25
26

Dated: June 12, 2008        LAW OFFICES OF DANNING JIANG

_____
By: Danning Jiang, Esq.

27
28

PLAINTIFF'S APPLICATION FOR SUBSTITUTION OF COUNSEL AND ORDER        Page 2

GOOD CAUSE APPEARING, IT IS HEREBY ORDER THAT Law Offices of Danning Jiang is hereby relieved as counsel for plaintiff, China Intl Travel Services (USA), Inc. Plaintiff, China Intl Travel Services (USA), Inc., shall have 60 days from the date of this order to retain a new counsel.

IT IS SO ORDERED.


Dated: _____, 2008

_____
Hon. Jeffrey S. White
JUDGE OF THE DISTRICT COURT

# PROOF OF SERVICE

*CITS v. CATS*
United State District Court - Northern District of California - Case No. C08-01293-JSW

I declare that I am over the age of eighteen (18) and not a party to this action. My business address is 271 North First Street, San Jose, CA 95113,

On June 12, 2008, I served the following document(s):

**PLAINTIFF'S APPLICATION FOR SUBSTITUTION OF COUNSEL AND [PROPOSED] ORDER**

on the interested parties in this action by placing a true and correct copy of document(s) in a sealed envelope addressed as follows:

<u>Attorneys for Defendant:</u>
Robert F. McCauley, Esq.
Jin Zhang, Esq.
Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
3300 Hillview Avenue
Palo Alto, CA 94304

Christopher Foley, Esq.
Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
901 New York Avenue, N.W.
Washington, DC 20001-4413

<u>Plaintiff:</u>
Andy Jun Yu, General Manager
China Intl Travel Services (USA), Inc.
1273 Rosita Road
Pacifica, CA 94044

(X)   **[U.S. MAIL]** I am readily familiar with the business practice for collection and processing of correspondence for mailing with the United States Postal Service. I know that the correspondence is deposited with the United States Postal Service on the same day this declaration was executed in the ordinary course of business. I know that the envelope was sealed and, with postage thereon fully prepaid, placed for collection and mailing on this date, following ordinary business practices in the United States mailed in San Jose, California.

( )   **[OVERNIGHT DELIVERY]** Via Federal Express or similar overnight courier service, by depositing in a box or other facility regularly maintained by such overnight delivery service, or delivering such envelope to a courier or driver authorized by said overnight delivery service to receive documents, in an envelope designated by said overnight delivery service with delivery fees paid or provided for, addressed to the above-named persons on whom it is to be served.

( )   **[PERSONAL SERVICE]** I caused to be delivered by hand the above-referenced

PLAINTIFF'S APPLICATION FOR SUBSTITUTION OF COUNSEL AND ORDER                    Page 4

| | | |
|---|---|---|
| 1 | ( ) | **[PERSONAL SERVICE]** I caused to be delivered by hand the above-referenced document(s) to the above-named person(s). |
| 2 | | |
| 3 | ( ) | **[FACSIMILE]** Via facsimile machine, I caused the above-referenced document(s) to be transmitted to the person(s) and facsimile number(s) shown above. |
| 4 | ( ) | **[EMAIL]** Via internet, I caused the above-referenced document(s) to be transmitted to the person(s) and email address(es) shown above. |

Executed on June 12, 2008, in San Jose, California.

( )     **(STATE)** I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

(X)     **(FEDERAL)** I declare that I was retained by the office of a member of the bar of this court at whose direction the service was made.

_____
PHOEBE LI

PLAINTIFF'S APPLICATION FOR SUBSTITUTION OF COUNSEL AND ORDER     Page 5