1  Danning Jiang, Esq. (CA BAR No. 196985)
   LAW OFFICES OF DANNING JIANG
2  271 North First Street
   San Jose, California 95113
3  Tel.: (408) 299-0800
   Fax: (408) 299-0300
4  E-mail: Djiang@jianglawgroup.com
5
   Attorneys for Plaintiff
6  China Intl Travel Services (USA), Inc.
7
8
9              UNITED STATES DISTRICT COURT
10            NORTHERN DISTRICT OF CALIFORNIA
11                SAN FRANCISCO, CALIFORNIA
12
13
   CHINA INTL TRAVEL SERVICES    )   CASE NO. C 08-01293 JSW
14 (USA), INC.,                   )
                                  )
15        Plaintiff,              )   PLAINTIFF'S APPLICATION FOR
                                  )   SUBSTITUTION OF COUNSEL
16 Vs.                            )   AND [PROPOSED] ORDER
                                  )
17                                )
   CHINA & ASIA TRAVEL SERVICE,   )
18 INC., D/B/A CHINA INTERNATIONAL)
   TRAVEL SERVICE (USA), and DOES 1-)
19 10, inclusive,                 )
                                  )
20        Defendants.             )
21 _____ )
22
23 TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:
24        PLEASE TAKE NOTICE that plaintiff CHINA INTL TRAVEL SERVICES (USA),
25 INC. ("Plaintiff") hereby substitutes its counsel of record in the above-entitled action in the
26 place of Law Office of Danning Jiang as followings:
27 //
28 //

| | |
|---|---|
| Former Counsel: | Law Offices of Danning Jiang<br>271 North First Street<br>San Jose, CA 95113<br>Tel.: 408-299-0800 |
| New Counsel: | Andy Yu, General Manager<br>China International Travel Services (USA), Inc.<br>P.O. Box 16631<br>San Francisco, CA 94116<br>Tel.: 650-359-1108 |

All communications to Plaintiff should be directed to the new counsel's address.

Dated: 06/12, 2008        CHINA INTERNATIONAL TRAVEL SERVICES
                          (USA), INC.

                          By: Andy Yu, General Manager

AGREED AND ACCEPTED TO.

Dated: June 12, 2008      CHINA INTERNATIONAL TRAVEL SERVICES
                          (USA), INC.

                          By: Andy Yu, General Manager

Dated: June 12, 2008      LAW OFFICES OF DANNING JIANG

                          By: Danning Jiang, Esq.

GOOD CAUSE APPEARING, IT IS HEREBY ORDER THAT Law Offices of Danning Jiang is hereby relieved as counsel for plaintiff, China Intl Travel Services (USA), Inc. Plaintiff, China Intl Travel Services (USA), Inc., shall have 60 days from the date of this order to retain a new counsel.

IT IS SO ORDERED.

The motion to withdraw as counsel is hereby rendered moot. Accordingly, the hearing date of July 11, 2008 at 9:00 is HEREBY VACATED.

Dated: __June 13__, 2008

_____
Hon. Jeffrey S. White
JUDGE OF THE DISTRICT COURT

PLAINTIFF'S APPLICATION FOR SUBSTITUTION OF COUNSEL AND ORDER          Page 3