UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CHINA INTL TRAVEL SERVICES (USA), INC.

        Plaintiff(s),                      No. C 08-01293 JSW

  v.                                   **CLERK'S NOTICE**

CHINA & ASIA TRAVEL SERVICE, INC., ET AL.

        Defendant(s).
_____/

    YOU ARE HEREBY NOTIFIED that on July 25, 2008, at 1:30 p.m., in Courtroom 2 on the 17th floor of the Federal Building, 450 Golden Gate Avenue, San Francisco, California, the HONORABLE JEFFREY S. WHITE will conduct the Initial Case Management Conference **previously noticed for** July 11, 2008, in this matter. The joint case management statement shall be due on or before July 18, 2008.

                                   Richard W. Wieking
                                   Clerk, United States District Court

                                   By: *Jennifer Ottolini*
                                   Jennifer Ottolini, Deputy Clerk
                                   Honorable Jeffrey S. White
                                   (415) 522-4173

Dated: June 13, 2008