| | |
|---|---|
| 1 | **Danning Jiang, Esq. (CA BAR No. 196985)** |
| | **LAW OFFICES OF DANNING JIANG** |
| 2 | **271 North First Street** |
| | **San Jose, California 95113** |
| 3 | **Tel.: (408) 299-0800** |
| | **Fax: (408) 299-0300** |
| 4 | **E-mail: Djiang@jianglawgroup.com** |
| 5 | |
| | **Attorneys for Plaintiff** |
| 6 | **China Intl Travel Services (USA), Inc.** |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO, CALIFORNIA

| | | |
|---|---|---|
| **CHINA INTL TRAVEL SERVICES (USA), INC.,** | ) ) ) | **CASE NO.  C 08-01293 JSW** |
| Plaintiff, | ) ) | **PROOF OF SERVICE** |
| Vs. | ) ) | |
| **CHINA & ASIA TRAVEL SERVICE, INC., D/B/A CHINA INTERNATIONAL TRAVEL SERVICE (USA), and DOES 1-10, inclusive,** | ) ) ) ) ) | |
| Defendants. | ) ) | |

   I declare that I am over the age of eighteen (18) and not a party to this action. My business address is 271 North First Street, San Jose, CA 95113,

   On June 13, 2008, I served the following document(s):

**PLAINTIFF'S APPLICATION FOR SUBSTITUTION OF COUNSEL AND ORDER**

**CLERK'S NOTICE RE INITIAL CASE MANAGEMENT CONFERENCE ON JULY 25, 2008**

PROOF OF SERVICE                                                                                                          Page 1

on the interested parties in this action by placing a true and correct copy of document(s) in a sealed envelope addressed as follows:

<u>Attorneys for Defendant:</u>
Robert F. McCauley, Esq.
Jin Zhang, Esq.
Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
3300 Hillview Avenue
Palo Alto, CA 94304

Christopher Foley, Esq.
Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
901 New York Avenue, N.W.
Washington, DC 20001-4413

<u>Plaintiff:</u>
Andy Jun Yu, General Manager
China Intl Travel Services (USA), Inc.
1273 Rosita Road
Pacifica, CA 94044

**(X)**     **[U.S. MAIL]** I am readily familiar with the business practice for collection and processing of correspondence for mailing with the United States Postal Service. I know that the correspondence is deposited with the United States Postal Service on the same day this declaration was executed in the ordinary course of business. I know that the envelope was sealed and, with postage thereon fully prepaid, placed for collection and mailing on this date, following ordinary business practices in the United States mailed in San Jose, California.

**( )**     **[OVERNIGHT DELIVERY]** Via Federal Express or similar overnight courier service, by depositing in a box or other facility regularly maintained by such overnight delivery service, or delivering such envelope to a courier or driver authorized by said overnight delivery service to receive documents, in an envelope designated by said overnight delivery service with delivery fees paid or provided for, addressed to the above-named persons on whom it is to be served.

**( )**     **[PERSONAL SERVICE]** I caused to be delivered by hand the above-referenced document(s) to the above-named person(s).

**( )**     **[FACSIMILE]** Via facsimile machine, I caused the above-referenced document(s) to be transmitted to the person(s) and facsimile number(s) shown above.

Executed on June 13, 2008, in San Jose, California.

**( )**     **(STATE)** I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

**(X)**     **(FEDERAL)** I declare that I was retained by the office of a member of the bar of this court at whose direction the service was made.

/s/Ming Ji
MING JI