1 | Robert F. McCauley (SBN: 162056)
robert.mccauley@finnegan.com
Jin Zhang (SBN: 243880)
jin.zhang@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
    GARRETT & DUNNER, L.L.P.
3300 Hillview Ave
Palo Alto, CA 94304
Telephone: (650) 849-6600
Facsimile: (650) 849-6666

Christopher P. Foley (not yet admitted *pro hac vice*)
Kenneth H. Leichter (not yet admitted *pro hac vice*)
FINNEGAN, HENDERSON, FARABOW,
    GARRETT & DUNNER, L.L.P.
901 New York Avenue, NW
Washington, DC 20001-4413
Telephone: (202) 408-4000
Facsimile: (202) 408-4400

Attorneys for Defendant
CHINA & ASIA TRAVEL SERVICE, INC.,
D/B/A CHINA INTERNATIONAL TRAVEL SERVICE (USA)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| CHINA INTL TRAVEL SERVICES (USA), INC.,<br><br>Plaintiff,<br><br>v.<br><br>CHINA & ASIA TRAVEL SERVICE, INC., D/B/A CHINA INTERNATIONAL TRAVEL SERVICE (USA), and DOES 1-10, inclusive,<br><br>Defendants. | CASE NO. 08-cv-01293 (JSW)<br><br>**DEFENDANT CHINA INTERNATIONAL TRAVEL SERVICE (USA)'S RE-NOTICE OF MOTION TO DISMISS OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT ON ALL COUNTS OF PLAINTIFF'S COMPLAINT**<br><br>Hearing Date: August 29, 2008<br>Hearing Time: 9:00 a.m.<br>Courtroom 2, 17th Floor<br>Judge: Honorable Jeffrey S. White |

Please take notice that the hearing on DEFENDANT CHINA INTERNATIONAL TRAVEL SERVICE (USA)'S MOTION TO DISMISS OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT ON ALL COUNTS OF PLAINTIFF'S COMPLAINT, originally scheduled for July 31, 2008, before the Honorable Maria-Elena James, but vacated by the Court's order of May 27, 2008, reassigning the case to the Honorable Jeffrey S. White, is rescheduled for Friday, August 29, 2008, at 9:00 a.m. before the Honorable Jeffrey S. White, courtroom 2, located at 450 Golden Gate Ave., San Francisco, CA 94102.

DATED: June 20, 2008       FINNEGAN, HENDERSON, FARABOW,
                           GARRETT & DUNNER, LLP


                           By       /s/ *Robert McCauley*
                              Robert F. McCauley (SBN: 162056)
                              robert.mccauley@finnegan.com
                              Jin Zhang (SBN: 243880)
                              jin.zhang@finnegan.com
                              FINNEGAN, HENDERSON, FARABOW,
                                 GARRETT & DUNNER, L.L.P.
                              3300 Hillview Ave
                              Palo Alto, CA 94304
                              Telephone: (650) 849-6600
                              Facsimile: (650) 849-6666

                              Christopher P. Foley (not yet admitted *pro hac vice*)
                              Kenneth H. Leichter (not yet admitted *pro hac vice*)
                              FINNEGAN, HENDERSON, FARABOW,
                                 GARRETT & DUNNER, L.L.P.
                              901 New York Avenue, NW
                              Washington, DC 20001-4413
                              Telephone: (202) 408-4000
                              Facsimile: (202) 408-4400

                              Attorneys for Defendant China & Asia Travel Service, Inc., d/b/a China International Travel Service