IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHINA INTL TRAVEL SERVICES (USA), INC.,<br><br>    Plaintiff,<br><br>v.<br><br>CHINA & ASIA TRAVEL SERVICE, INC., ET AL.,<br><br>    Defendant. | No. C 08-01293 JSW<br><br>**ORDER SETTING BRIEFING SCHEDULE ON MOTION TO DISMISS OR IN THE ALTERNATIVE FOR SUMMARY JUDGMENT** |

    This matter is currently set for hearing on August 29, 2008, on Defendant China International Travel Service (USA)'s motion to dismiss or in the alternative for summary judgment. The Court HEREBY ORDERS that an opposition brief shall be due on July 7, 2008, and a reply brief shall be due on July 14, 2008.

    If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

**IT IS SO ORDERED.**

Dated: June 23, 2008

                                                           JEFFREY S. WHITE<br>
                                                           UNITED STATES DISTRICT JUDGE