UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CHINA INTL TRAVEL SERVICES (USA), INC.

       Plaintiff(s),                              No. C 08-01293 JSW

    v.                                       **AMENDED CLERK'S NOTICE**

CHINA & ASIA TRAVEL SERVICE, INC., ET AL.

       Defendant(s).

_____/

(Plaintiff is required to serve, and file proof of service with the Court, any party involved not listed on the attached proof of service.)

YOU ARE HEREBY NOTIFIED that on August 29, 2008, at 9:00 a.m., immediately following the hearing on Defendant's Motion To Dismiss, or in the alternative, For Summary Judgement on All Counts, in Courtroom 2 on the 17th floor of the Federal Building, 450 Golden Gate Avenue, San Francisco, California, the HONORABLE JEFFREY S. WHITE will conduct the Initial Case Management Conference **previously noticed for** July **25**, 2008 , in this matter.   The joint case management statement shall be due on or before August 22, 2008.

                                                   Richard W. Wieking
                                                   Clerk, United States District Court

                                                   By:_____
                                                   Jennifer Ottolini, Deputy Clerk
                                                   Honorable Jeffrey S. White
                                                   (415) 522-4173

Dated:  July 2, 2008

NOTE:  Please refer to Judge White's Standing Order located at www.cand.uscourts.gov for additional information