Robert F. McCauley (SBN: 162056)
robert.mccauley@finnegan.com
Jin Zhang (SBN: 243880)
jin.zhang@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
    GARRETT & DUNNER, L.L.P.
3300 Hillview Ave
Palo Alto, CA 94304
Telephone: (650) 849-6600
Facsimile: (650) 849-6666

Christopher P. Foley (not yet admitted *pro hac vice*)
Kenneth H. Leichter (not yet admitted *pro hac vice*)
FINNEGAN, HENDERSON, FARABOW,
    GARRETT & DUNNER, L.L.P.
901 New York Avenue, NW
Washington, DC 20001-4413
Telephone: (202) 408-4000
Facsimile: (202) 408-4400

Attorneys for Defendant
CHINA & ASIA TRAVEL SERVICE, INC.,
D/B/A CHINA INTERNATIONAL TRAVEL SERVICE (USA)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| CHINA INTL TRAVEL SERVICES (USA), INC.,<br><br>Plaintiff,<br><br>v.<br><br>CHINA & ASIA TRAVEL SERVICE, INC., D/B/A CHINA INTERNATIONAL TRAVEL SERVICE (USA), and DOES 1-10, inclusive,<br><br>Defendants. | CASE NO. 08-CV-01293 JSW<br><br>**NOTICE REGARDING PLAINTIFF'S FAILURE TO FILE OPPOSITION TO DEFENDANT'S MOTION TO DISMISS AND REGARDING PROCEDURAL POSTURE OF THIS LITIGATION** |

Following an inquiry to Defendant's counsel from the Court's Deputy Clerk regarding

Plaintiff's failure to file an opposition to Docket No. 5, Defendant's Motion to Dismiss or, in the

Alternative, for Summary Judgment on All Counts of Plaintiff's Complaint, as well as questions

regarding the procedural posture of this case, Defendant respectfully apprises the Court of the following, noting that it has been Defendant's intent to apprise the Court of these and additional facts in its soon-to-be-filed case management conference statement:

1. Notwithstanding representations made in a filing by Plaintiff and Plaintiff's former counsel in this action (Docket No. 18), it is Defendant's understanding that Plaintiff is not presently represented by counsel in this action, and that the gentleman substituted in as "counsel" in Docket No. 18 is not an attorney. Plaintiff is apparently now proceeding *pro se*.

2. Plaintiff has not filed an opposition to Docket No. 5, Defendant's Motion to Dismiss or, in the Alternative, for Summary Judgment on All Counts of Plaintiff's Complaint. Any such opposition was due on July 7, 2008, pursuant to Court Order (Docket No. 22). Defendant believes that its motion should be granted in all respects.

3. Instead of responding to Defendant's Motion after it was filed last March, Plaintiff sought a stipulation delaying a hearing on the motion by nearly three months, ostensibly so that the parties could conduct discovery relating to the issues raised by the Motion. Defendant agreed and invested considerable resources compiling information responsive to Plaintiff's discovery requests, and Defendant produced documents responsive to issues raised by the Plaintiff. Plaintiff, however, never responded to any of Defendant's interrogatories, document requests or requests for admissions.

4. Plaintiff has not filed a reply to Defendant's counterclaims (Docket No. 8). Plaintiff is in default.

Defendant will file a case management conference statement addressing these and other issues on Friday, August 22, 2008, but would welcome any further opportunities to apprise the Court regarding the unusual procedural posture of this action.

1  DATED: August 20, 2008                    FINNEGAN, HENDERSON, FARABOW,
                                             GARRETT & DUNNER, LLP

                                             By      /s/ *Robert McCauley*
                                                Robert F. McCauley (SBN: 162056)
                                                robert.mccauley@finnegan.com
                                                Jin Zhang (SBN: 243880)
                                                jin.zhang@finnegan.com
                                                FINNEGAN, HENDERSON, FARABOW,
                                                   GARRETT & DUNNER, L.L.P.
                                                3300 Hillview Ave
                                                Palo Alto, CA 94304
                                                Telephone: (650) 849-6600
                                                Facsimile: (650) 849-6666

                                                Christopher P. Foley (not yet admitted *pro hac vice*)
                                                Kenneth H. Leichter (not yet admitted *pro hac vice*)
                                                FINNEGAN, HENDERSON, FARABOW,
                                                   GARRETT & DUNNER, L.L.P.
                                                901 New York Avenue, NW
                                                Washington, DC 20001-4413
                                                Telephone: (202) 408-4000
                                                Facsimile: (202) 408-4400

                                                Attorneys for Defendant China & Asia Travel
                                                Service, Inc., d/b/a China International Travel
                                                Service

3  NOTICE REGARDING PLAINTIFF'S FAILURE TO FILE OPPOSITION TO DEFENDANT'S MOTION TO DISMISS AND REGARDING PROCEDURAL POSTURE OF THIS LITIGATION
08-cv-01293 JSW