1  Robert F. McCauley (SBN: 162056)
   robert.mccauley@finnegan.com
2  Jin Zhang (SBN: 243880)
   jin.zhang@finnegan.com
3  FINNEGAN, HENDERSON, FARABOW,
      GARRETT & DUNNER, L.L.P.
4  3300 Hillview Ave
   Palo Alto, CA 94304
5  Telephone: (650) 849-6600
6  Facsimile: (650) 849-6666

7  Christopher P. Foley (not yet admitted *pro hac vice*)
   Kenneth H. Leichter (not yet admitted *pro hac vice*)
8  FINNEGAN, HENDERSON, FARABOW,
      GARRETT & DUNNER, L.L.P.
9  901 New York Avenue, NW
10 Washington, DC 20001-4413
   Telephone: (202) 408-4000
11 Facsimile: (202) 408-4400

12 Attorneys for Defendant
   CHINA & ASIA TRAVEL SERVICE, INC.,
13 D/B/A CHINA INTERNATIONAL TRAVEL SERVICE (USA)

14
15                     UNITED STATES DISTRICT COURT
16                    NORTHERN DISTRICT OF CALIFORNIA
17                        (SAN FRANCISCO DIVISION)

| 18 | CHINA INTL TRAVEL SERVICES (USA), INC., | CASE NO. 08-CV-01293 JSW |
|---|---|---|
| 19 | | **NOTICE OF NEED FOR ADR TELEPHONE CONFERENCE** |
| 20 | Plaintiff, | |
| 21 | v. | |
| 22 | CHINA & ASIA TRAVEL SERVICE, INC., D/B/A CHINA INTERNATIONAL TRAVEL SERVICE (USA), and DOES 1-10, inclusive, | |
| 23 | | |
| 24 | Defendants. | |

25
26        The parties either:
27        ☒  have not yet reached an agreement to an ADR process, or
28        ☐  request a settlement conference before a magistrate judge.

1    The Case Management Conference in this action is set for August 29, 2008.

2    Defendant has always been and remains open to ADR in this action. Defendant, however,
3 would like to apprise the ADR Unit of the following facts, which have hindered or prevented
4 Defendant from reaching any agreement with Plaintiff regarding ADR in this action:

5    1. Notwithstanding representations made in a filing by Plaintiff and Plaintiff's former
6 counsel in this action (Docket No. 18), it is Defendant's understanding that Plaintiff is not presently
7 represented by counsel in this action, and that the gentleman substituted in as "counsel" in Docket
8 No. 18 is not an attorney. Plaintiff is apparently now proceeding *pro se*.

9    2. Plaintiff has not filed an opposition to Docket No. 5, Defendant's Motion to Dismiss or,
10 in the Alternative, for Summary Judgment on All Counts of Plaintiff's Complaint. Any such
11 opposition was due on July 7, 2008, pursuant to Court Order (Docket No. 22). Defendant believes
12 that its motion should be granted in all respects.

13    3. Plaintiff has not filed a reply to Defendant's counterclaims (Docket No. 8). Plaintiff is
14 in default.

15    Defendant will file a case management conference statement addressing these and other
16 issues on Friday, August 22, 2008, in advance of the Case Management Conference scheduled for
17 August 29, 2008, but would welcome any further opportunities to apprise the ADR Unit regarding
18 the unusual procedural posture of this action.

19    The following counsel will participate in the ADR phone conference:

| *Name* | *Party Representing* | *Phone No.* | *email.* |
|---|---|---|---|
| Robert McCauley | CHINA & ASIA TRAVEL SERVICE, INC., D/B/A CHINA INTERNATIONAL TRAVEL SERVICE (USA) | 650-849-6673 | robert.mccauley@finnegan.com |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR legal staff before the case management conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time for your telephone conference.*

DATED: August 21, 2008                FINNEGAN, HENDERSON, FARABOW,
                                                          GARRETT & DUNNER, LLP


By      /s/ *Robert McCauley*
Robert F. McCauley (SBN: 162056)
robert.mccauley@finnegan.com
Jin Zhang (SBN: 243880)
jin.zhang@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
   GARRETT & DUNNER, L.L.P.
3300 Hillview Ave
Palo Alto, CA 94304
Telephone: (650) 849-6600
Facsimile: (650) 849-6666

Christopher P. Foley (not yet admitted *pro hac vice*)
Kenneth H. Leichter (not yet admitted *pro hac vice*)
FINNEGAN, HENDERSON, FARABOW,
   GARRETT & DUNNER, L.L.P.
901 New York Avenue, NW
Washington, DC 20001-4413
Telephone: (202) 408-4000
Facsimile: (202) 408-4400

Attorneys for Defendant China & Asia Travel Service, Inc., d/b/a China International Travel Service