Robert F. McCauley (SBN: 162056)
robert.mccauley@finnegan.com
Jin Zhang (SBN: 243880)
jin.zhang@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
    GARRETT & DUNNER, L.L.P.
3300 Hillview Ave
Palo Alto, CA 94304
Telephone: (650) 849-6600
Facsimile: (650) 849-6666

Christopher P. Foley (not yet admitted *pro hac vice*)
FINNEGAN, HENDERSON,
  FARABOW, GARRETT & DUNNER, L.L.P
Two Freedom Square
11955 Freedom Drive
Reston, VA  20190
Telephone: (571) 203-2720
Facsimile: (202) 408-4400

Kenneth H. Leichter (not yet admitted *pro hac vice*)
FINNEGAN, HENDERSON, FARABOW,
    GARRETT & DUNNER, L.L.P.
901 New York Avenue, NW
Washington, DC 20001-4413
Telephone: (202) 408-4000
Facsimile: (202) 408-4400

Attorneys for Defendant
CHINA & ASIA TRAVEL SERVICE, INC.,
D/B/A CHINA INTERNATIONAL TRAVEL SERVICE (USA)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CHINA INTL TRAVEL SERVICES (USA), INC., <br><br>              Plaintiff, <br><br>           v. <br><br> CHINA & ASIA TRAVEL SERVICE, INC., D/B/A CHINA INTERNATIONAL TRAVEL SERVICE (USA), and DOES 1-10, inclusive, <br><br>              Defendant. | CASE NO. 08-cv-01293 JSW <br><br> **REQUEST TO ENTER DEFAULT** |

TO: THE CLERK OF THE ABOVE-ENTITLED COURT

Defendant/Counterclaim Plaintiff CHINA & ASIA TRAVEL SERVICE, INC., D/B/A CHINA INTERNATIONAL TRAVEL SERVICE (USA) hereby requests that the Clerk of the above-entitled court enter default in this matter against Plaintiff/Counterclaim Defendant CHINA INTL TRAVEL SERVICES (USA), INC.  Default is appropriate because (1) CHINA INTL TRAVEL SERVICES (USA), INC. was served with Defendant/Counterclaim Plaintiff's Answer and Counterclaims on March 31, 2008 (McCauley Decl. Exh. A); (2) more than twenty days have passed since Plaintiff/Counterclaim Defendant was served with the Answer and Counterclaims, and (3) Plaintiff/Counterclaim Defendant has not answered or otherwise plead in response to the Counterclaims in any way.

The above stated facts are set forth in the accompanying Declaration of Robert F. McCauley, filed herewith.

Dated: August 22, 2008

FINNEGAN, HENDERSON, FARABOW,
 GARRETT & DUNNER, L.L.P.


By_____/s/_____
     Robert F. McCauley
     Attorneys for Defendant/Counter-Plaintiff
     China & Asia Travel Service, Inc., d/b/a China
     International Travel Service