Robert F. McCauley (SBN: 162056)
robert.mccauley@finnegan.com
Jin Zhang (SBN: 243880)
jin.zhang@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
   GARRETT & DUNNER, L.L.P.
3300 Hillview Ave
Palo Alto, CA 94304
Telephone: (650) 849-6600
Facsimile: (650) 849-6666

Christopher P. Foley (not yet admitted *pro hac vice*)
FINNEGAN, HENDERSON,
 FARABOW, GARRETT & DUNNER, L.L.P
Two Freedom Square
11955 Freedom Drive
Reston, VA 20190
Telephone: (571) 203-2720
Facsimile: (202) 408-4400

Kenneth H. Leichter (not yet admitted *pro hac vice*)
FINNEGAN, HENDERSON, FARABOW,
   GARRETT & DUNNER, L.L.P.
901 New York Avenue, NW
Washington, DC 20001-4413
Telephone: (202) 408-4000
Facsimile: (202) 408-4400

Attorneys for Defendant
CHINA & ASIA TRAVEL SERVICE, INC.,
D/B/A CHINA INTERNATIONAL TRAVEL SERVICE (USA)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CHINA INTL TRAVEL SERVICES (USA), INC.,<br><br>             Plaintiff,<br><br>    v.<br><br>CHINA & ASIA TRAVEL SERVICE, INC., D/B/A CHINA INTERNATIONAL TRAVEL SERVICE (USA), and DOES 1-10, inclusive,<br><br>             Defendant. | CASE NO. 08-cv-01293 JSW<br><br>**DEFAULT BY CLERK F.R.C.P. 55(A)** |

1    It appearing from the records in the above-entitled action that Counterclaims have been
2 served upon the Plaintiff/Counterclaim Defendant named below, and it further appearing from the
3 case docket and the affidavit of counsel for Defendant/Counterclaim Plaintiff, and over evidence as
4 required by F.R.C.P. 55(a) that said Plaintiff/Counterclaim Defendant has failed to plead or
5 otherwise defend in said action as provided in the Federal Rules of Civil Procedure:
6    Now, therefore, on request of counsel, the DEFAULT of the following named
7 Plaintiff/Counterclaim Defendant is hereby entered:
8    CHINA INTL TRAVEL SERVICES (USA), INC.

10 Dated: _____

11                         By:_____
                                    Deputy Clerk

DEFAULT BY CLERK F.R.C.P. 55(A)
Case No. 08-cv-01293 JSW