IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTE ORDER

**JUDGE: JEFFREY S. WHITE**    **COURTROOM DEPUTY**: Jennifer Ottolini

**DATE**: August 29, 2008    **Court Reporter:** Belle Ball

**CASE NO. C- 08-1293 JSW**

**TITLE:** China International Travel Services, Inc., v. China & Asia Travel Service, Inc., et al.,

| COUNSEL FOR PLAINTIFF: | COUNSEL FOR DEFENDANT: |
|---|---|
| Jun Yu -pro se | Christopher Foley |
|  | Robert McCauley |
|  | Jin Zhang |

**PROCEEDINGS:**  Case Management Conference

**RESULTS:**  **Case Management Conference not held.  Ms. Zhang, counsel for Defendant, interpreted for Mr. Yu.**

**Plaintiff shall obtain counsel by 9-29-08.  If no counsel has entered the case by that date, the Court will entered default judgment on the defendant's claims and the case will be dismissed.**

**Case Management Conference:  11-7-08 at 1:30 p.m.**
**Joint case management statement due:  10-31-08**