ORIGINAL

1  Robert F. McCauley (SBN: 162056)
   robert.mccauley@finnegan.com
2  Jin Zhang (SBN: 243880)
   jin.zhang@finnegan.com
3  FINNEGAN, HENDERSON, FARABOW,
      GARRETT & DUNNER, L.L.P.
4  3300 Hillview Ave
   Palo Alto, CA 94304
5  Telephone: (650) 849-6600
6  Facsimile: (650) 849-6666

7  Christopher P. Foley (not yet admitted *pro hac vice*)
   FINNEGAN, HENDERSON,
8    FARABOW, GARRETT & DUNNER, L.L.P
9  Two Freedom Square, 11955 Freedom Drive
   Reston, VA  20190
10 Telephone: (571) 203-2720
   Facsimile: (202) 408-4400
11

12 Kenneth H. Leichter (not yet admitted *pro hac vice*)
   FINNEGAN, HENDERSON, FARABOW,
13    GARRETT & DUNNER, L.L.P.
   901 New York Avenue, NW
14 Washington, DC 20001-4413
   Telephone: (202) 408-4000
15 Facsimile: (202) 408-4400

16 Attorneys for Defendant
17 CHINA & ASIA TRAVEL SERVICE, INC.,
   D/B/A CHINA INTERNATIONAL TRAVEL SERVICE (USA)
18
                    UNITED STATES DISTRICT COURT
19
                   NORTHERN DISTRICT OF CALIFORNIA
20
                        (SAN FRANCISCO DIVISION)
21

22 | CHINA INTL TRAVEL SERVICES (USA), INC., | CASE NO. 08-CV-01293 JSW |
23 |                                         | [PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY KENNETH H. LEICHTER *PRO HAC VICE* |
   |              Plaintiff,                 | |
24 |                                         | |
25 |                 v.                      | |
26 | CHINA & ASIA TRAVEL SERVICE, INC., D/B/A CHINA INTERNATIONAL TRAVEL SERVICE (USA), and DOES 1-10, inclusive, | |
27 |                                         | |
28 |              Defendants.                | |

1  Kenneth H. Leichter, an active member in good standing of the bar of Virginia, whose
2  business address and telephone number is Finnegan, Henderson, Farabow, Garrett & Dunner, LLP,
3  901 New York Ave., NW, Washington, D.C., 20001-4413, (202) 408-4000, having applied in the
4  above-entitled action for admission to practice in the Northern District of California on a *pro hac*
5  *vice* basis, representing Defendant, CHINA & ASIA TRAVEL SERVICE, INC., D/B/A CHINA
6  INTERNATIONAL TRAVEL SERVICE (USA),

7  IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and
8  conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*
9  *vice*. Service of papers upon and communication with co-counsel designated in the application will
10 constitute notice to the party. All future filings in this action are subject to the requirements
11 contained in General Order No. 45, *Electronic Case Filing*.

Dated: 8·29·08

Judge Jeffrey S. White.
United States District Judge