ORIGINAL

1  Robert F. McCauley (SBN: 162056)
   robert.mccauley@finnegan.com
2  Jin Zhang (SBN: 243880)
   jin.zhang@finnegan.com
3  FINNEGAN, HENDERSON, FARABOW,
     GARRETT & DUNNER, L.L.P.
4  3300 Hillview Ave
   Palo Alto, CA 94304
5  Telephone: (650) 849-6600
6  Facsimile: (650) 849-6666

7  Christopher P. Foley (not yet admitted *pro hac vice*)
   FINNEGAN, HENDERSON,
8    FARABOW, GARRETT & DUNNER, L.L.P
9  Two Freedom Square, 11955 Freedom Drive
   Reston, VA  20190
10 Telephone: (571) 203-2720
   Facsimile: (202) 408-4400
11

12 Kenneth H. Leichter (not yet admitted *pro hac vice*)
   FINNEGAN, HENDERSON, FARABOW,
13   GARRETT & DUNNER, L.L.P.
   901 New York Avenue, NW
14 Washington, DC 20001-4413
   Telephone: (202) 408-4000
15

16 Attorneys for Defendant
   CHINA & ASIA TRAVEL SERVICE, INC.,
17 D/B/A CHINA INTERNATIONAL TRAVEL SERVICE (USA)

18                UNITED STATES DISTRICT COURT

19                NORTHERN DISTRICT OF CALIFORNIA

20                     (SAN FRANCISCO DIVISION)

21 CHINA INTL TRAVEL SERVICES (USA),          CASE NO. 08-CV-01293 JSW
22 INC.,
                                              [PROPOSED] ORDER GRANTING
23            Plaintiff,                      APPLICATION FOR ADMISSION OF
                                              ATTORNEY CHRISTOPHER P.
24       v.                                   FOLEY *PRO HAC VICE*

25 CHINA & ASIA TRAVEL SERVICE, INC.,
   D/B/A CHINA INTERNATIONAL TRAVEL
26 SERVICE (USA), and DOES 1-10, inclusive,
27
              Defendants.
28

1   Christopher P. Foley, an active member in good standing of the bars of the District of
2   Columbia, Virginia, U.S. Court of Appeals, and the Federal Circuit, whose business address and
3   telephone number is Finnegan, Henderson, Farabow, Garrett & Dunner, LLP, Two Freedom
4   Square, 11955 Freedom Drive, Reston, VA 20190, (571) 203-2720, having applied in the above-
5   entitled action for admission to practice in the Northern District of California on a *pro hac vice*
6   basis, representing Defendant, CHINA & ASIA TRAVEL SERVICE, INC., D/B/A CHINA
7   INTERNATIONAL TRAVEL SERVICE (USA),
8       IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and
9   conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*
10  *vice*. Service of papers upon and communication with co-counsel designated in the application will
11  constitute notice to the party. All future filings in this action are subject to the requirements
12  contained in General Order No. 45, *Electronic Case Filing*.

Dated: 8·29·08

_____
Judge Jeffrey S. White.
United States District Judge