Robert F. McCauley, Esq. (SBN: 162056)
robert.mccauley@finnegan.com
Jin Zhang, Esq. (SBN: 243880)
jin.zhang@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, L.L.P.
3300 Hillview Ave.
Palo Alto, CA 94304
Telephone: (650) 849-6600
Facsimile: (650) 849-6666

Christopher P. Foley (not yet admitted *pro hac vice*)
Kenneth H. Leichter (not yet admitted *pro hac vice*)
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, L.L.P.
901 New York Avenue, NW
Washington, DC 20001-4413
Telephone: (202) 408-4000
Facsimile: (202) 408-4400

Attorneys for Defendant
CHINA & ASIA TRAVEL SERVICE, INC.,
D/B/A CHINA INTERNATIONAL TRAVEL SERVICE (USA)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CHINA INTL TRAVEL SERVICES (USA), INC., <br><br> Plaintiff, <br><br> v. <br><br> CHINA & ASIA TRAVEL SERVICE, INC., D/B/A CHINA INTERNATIONAL TRAVEL SERVICE (USA), and DOES 1-10, inclusive, <br><br> Defendants. | CASE NO. C 08-01293 MEJ <br><br> **CERTIFICATE OF SERVICE** |

# CERTIFICATE OF SERVICE

I am more than eighteen years old and not a party to this action. My place of employment and business address is 3300 Hillview Avenue, Palo Alto, California 94304.

On September 4, 2008, I served the following by the indicated means to the persons at the addresses listed:

**DEFENDANT CHINA INTERNATIONAL TRAVEL SERVICE (USA)'S AMENDED COUNTERCLAIMS**

Andy Yu, General Manager
China Intl Travel Services (USA), Inc.
P.O. Box 16631
San Francisco, CA 94116

☒ Via Email
☒ Via First Class Mail
☐ Via Hand Delivery
☐ Via Overnight Courier
☐ Via Facsimile

Andy Yu, General Manager
China Intl Travel Services (USA), Inc.
1273 Rosita Road
Pacifica, CA 94044

andyjunyu@yahoo.com
Tel.: 650-359-1108

I am readily familiar with my firm's practice for collection and processing documents for service via e-mail. On September 4, 2008, following ordinary business practice, I electronically mailed the above documents to the e-mail addresses listed above.

I am readily familiar with my firm's practice for collection and processing documents for service via United State Postal Service in the ordinary course of business. I sealed said envelope and placed it for collection and delivery at our business offices on September 4, 2008, following ordinary business practice.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct; that I am employed in the office of a member of the bar of this Court at whose direction the service was made; and that this declaration was executed on September 4, 2008, at Palo Alto, California.

1  Dated: *September 4, 2008*                    /s/ Lissette Vazquez
2                                                Lissette Vazquez
                                                 Paralegal
3                                                FINNEGAN, HENDERSON, FARABOW,
                                                    GARRETT & DUNNER, L.L.P.
4                                                3300 Hillview Avenue
                                                 Palo Alto, California 94304
5                                                Telephone:  (650) 849-6600
                                                 Facsimile:  (650) 849-6666
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28