IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHINA INTL TRAVEL SERVICES, INC., | No. C 08-1293 JSW (MEJ) |
| Plaintiff(s), | |
| vs. | **AMENDED NOTICE OF REFERENCE** |
| CHINA & ASIA TRAVEL SERVICE, INC., et al., | |
| Defendant(s). / | |

TO ALL PARTIES AND COUNSEL OF RECORD:

The above-captioned case was referred to Magistrate Judge Maria-Elena James to prepare a report and recommendation on Defendant's pending Motion for Default Judgment. Accordingly, the Court shall conduct a hearing on December 18, 2008 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. Pursuant to Civil Local Rule 7, Plaintiff shall file any opposition to Defendant's motion by November 27, 2008, and Defendant shall file any reply by December 4. If Plaintiff does not file an opposition, Defendant shall file detailed proposed findings of fact and conclusions of law, which shall address the factors in *Eitel v. McCool*, 782 F.2d 1470, 1471-72 (9th Cir. 1986), by December 4.

When filing papers that require the Court to take any action (e.g. motions, meet and confer letters, administrative requests), the parties shall, in addition to filing papers electronically, lodge

with chambers a printed copy of the papers by noon of the next court day following the day the papers are filed electronically.  These printed copies shall be marked "Chambers Copy" and shall be submitted to the Clerk's Office, in an envelope clearly marked with "Magistrate Judge James," the case number and "E-Filing Chambers Copy."  Parties shall not file a paper copy of any document with the Clerk's Office that has already been filed electronically.

**IT IS SO ORDERED.**

Dated: November 5, 2008

MARIA-ELENA JAMES
United States Magistrate Judge

2